UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br>Steve C. Fustolo<br>     Debtor | Chapter 7<br>No. 13-12692-JNF |
| 50 Thomas Patton Drive, LLC, The Patriot Group, LLC<br>     Plaintiffs<br>v.<br>Steven C. Fustolo<br>     Defendant | Adv. Pro.<br>14-1193 |

DEFENDANT'S MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT

Now comes Steven C. Fustolo and moves that he be granted an extension to and including November 14, 2014, in which to file a responsive pleading to the Complaint stating as the reasons therefore that (a) Defendant's counsel was out of state for two weeks, (b) his mother-in-law was hospitalized on October 27 and remains so for surgery to repair a broken bone suffered when she apparently fell out of bed, and (c) while he has received information from the Defendant and begun drafting the Answer, he will need the additional time to complete the responsive pleading to what is a 62 page complaint containing 431 numbered paragraphs.

                                              Steven C. Fustolo
                                              By his attorney,

                                              /s/ David M. Nickless
                                              David M. Nickless, Esq., BBO No. 371920
                                              Nickless, Phillips and O'Connor
                                              625 Main Street
                                              Fitchburg, MA 01420
                                              (978) 342-4590
                                              dnickless.nandp@verizon.net

CERTIFICATE OF SERVICE

  I, David M. Nickless, Esq. do hereby certify that I will serve a copy of the within pleading by mailing same to any of the parties listed below not noted as having received electronic service.

| | |
|---|---|
| United States Trustee | Michael Fencer, Esq. |
| 446 Main Street | Jager, Smith, PC |
| Worcester, MA 01608 | One Financial Center, 4th Fl |
| *VIA ECF* | Boston, MA 02111 |
| | (617) 951-0500 |
| | *VIA ECF* |

Dated: November 3, 2014       /S/ David M. Nickless
                  David M. Nickless