*[Handwritten margin annotation: "11/10/2014 No objections. Motion allowed." with signature "Joan N. Feeney"]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br>Steve C. Fustolo<br>    Debtor<br>_____<br><br>50 Thomas Patton Drive, LLC, The Patriot Group, LLC<br>    Plaintiffs<br>v.<br><br>Steven C. Fustolo<br>    Defendant | Chapter 7<br>No. 13-12692-JNF<br><br><br>Adv. Pro.<br>14-1193 |

### DEFENDANT'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

Now comes Steven C. Fustolo and moves that he be granted an extension to and including November 14, 2014, in which to file a responsive pleading to the Complaint stating as the reasons therefore that (a) Defendant's counsel was out of state for two weeks, (b) his mother-in-law was hospitalized on October 27 and remains so for surgery to repair a broken bone suffered when she apparently fell out of bed, and (c) while he has received information from the Defendant and begun drafting the Answer, he will need the additional time to complete the responsive pleading to what is a 62 page complaint containing 431 numbered paragraphs.

> Steven C. Fustolo
> By his attorney,
>
>   /s/   David M. Nickless
> David M. Nickless, Esq., BBO No. 371920
> Nickless, Phillips and O'Connor
> 625 Main Street
> Fitchburg, MA 01420
> (978) 342-4590
> dnickless.nandp@verizon.net