UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN C. FUSTOLO, ) | Chapter 7 |
| ) | Case No. 13-12692-JNF |
| Debtor. ) |  |
| ) |  |
| 50 THOMAS PATTON DRIVE, LLC, and ) | |
| THE PATRIOT GROUP, LLC, ) |  |
| ) |  |
| Plaintiffs, ) | Adversary Proceeding |
| ) | No. 14-1193-JNF |
| v. ) |  |
| ) |  |
| STEVEN C. FUSTOLO, ) |  |
| ) |  |
| Defendant. ) |  |

**PLAINTIFFS' RULE 26(f) CERTIFICATION AND PROPOSED DISCOVERY PLAN**

Pursuant to this Court's *Pre-Trial Order* [ECF No. 12] dated November 13, 2014, plaintiffs 50 Thomas Patton Drive, LLC and The Patriot Group, LLC (the "Plaintiffs"), hereby submit the following:

1. **Rule 26(f) Certification**. Counsel to the plaintiffs hereby certify that they conducted a conference pursuant to Fed. R. Civ. P. 26(f) on December 3, 2014 with counsel for the defendant.[1]

2. **Proposed Discovery Deadlines**.

    a. Completing Discovery. The parties shall complete fact discovery no later than March 13, 2015.

---

[1] While Plaintiffs' counsel certifies that the information contained herein accurately reflects the agreement of the parties reached at the 26(f) conference, Plaintiffs' counsel has been unable to reach defendant's counsel in order to obtain authority to execute and file the report on behalf of both parties.

      b.    <u>Filing the Joint Pre-Trial Statement</u>.  The parties shall file their joint pre-trial statement no later than April 10, 2015.

   3.    **Discovery Plan**.

      a.    The parties do not require any changes to the timing, form or requirement for disclosures under Fed. R. Civ. P. 26(a).

      b.    The parties agree that discovery should not be limited on any particular issue and that discovery need not be phased.  The parties agree discovery will or may be needed on, but may not be limited to, the following subjects:

         i.    the factual and legal bases for each of the causes of action that the the Plaintiffs have asserted against the Debtor; and

         ii.    the factual and legal bases for each of the defenses and affirmative defenses that the Debtor has asserted in response to the Plaintiffs' causes of action.

      c.    The parties state do not anticipate that any issues will arise with respect to the disclosure or discovery of electronically stored information.  To the extent that any such issues do arise and the parties cannot resolve them, they will be presented to the Court for resolution.

      d.    The parties do not anticipate that any issues will arise with respect to claims of privilege or of protection as trial-preparation materials.  To the extent that any such issues do arise and the parties cannot resolve them, they will be presented to the Court for resolution.

      e.    The parties do not require any changes in the limitations on discovery imposed by the applicable rules of procedure.

    f. The parties do not request that the Court issue any other orders at this time.

           Respectfully submitted,

           50 THOMAS PATTON DRIVE, LLC and
           THE PATRIOT GROUP, LLC,

           By their attorneys,

           /s/ Jonathan M. Horne
           Michael J. Fencer (BBO No. 648288)
           Jonathan M. Horne (BBO No. 673098)
           JAGER SMITH P.C.
           One Financial Center
           Boston, Massachusetts 02111
           T: 617-951-0500
           F: 617-951-2414
           E: jhorne@jagersmith.com

Dated: January 23, 2015

## CERTIFICATE OF SERVICE

I, Jonathan M. Horne, hereby certify that on the 23rd day of January 2015 I caused a true and accurate copy of the forgoing docket to be served via ECF upon all parties who are registered to receive electronic notice of filing in this proceeding.

/s/ Jonathan M. Horne

Jonathan M. Horne