UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br>Steve C. Fustolo<br>     Debtor<br><br>50 Thomas Patton Drive, LLC, The Patriot Group, LLC<br>     Plaintiffs<br>v.<br><br>Steven C. Fustolo<br>     Defendant | Chapter 7<br>No. 13-12692-JNF<br><br><br>Adv. Pro.<br>14-1193 |

CERTIFICATE OF SERVICE

    I, James L. O'Connor, Jr., Esq. do hereby certify that I served a copy of:

a)   Defendant, Steven C. Fustolo's First Request for Production of Documents Propounded to 50 Thomas Patton Drive, LLC; and

b)   Defendant, Steven C. Fustolo's First Request for Production of Documents Propounded to The Patriot Group, LLC to the parties listed below not noted as having received electronic service.

| | |
|---|---|
| United States Trustee<br>446 Main Street<br>Worcester, MA 01608<br>*VIA ECF* | Michael Fencer, Esq.<br>Jager, Smith, PC<br>One Financial Center, 4th Fl<br>Boston, MA 02111<br>(617) 951-0500<br>*VIA ECF* |

Dated: January 30, 2015                           /S/    James L. O'Connor, Jr.
                                                                             James L. O'Connor, Jr.