UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN C. FUSTOLO, ) | Chapter 7 |
| ) | Case No. 13-12692-JNF |
| Debtor. ) | |
| ) | |
| ) | |
| 50 THOMAS PATTON DRIVE, LLC, and ) | |
| THE PATRIOT GROUP, LLC, ) | |
| ) | |
| Plaintiffs, ) | Adversary Proceeding |
| ) | No. 14-1193-JNF |
| v. ) | |
| ) | |
| STEVEN C. FUSTOLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO COMPEL

The Patriot Group, LLC and 50 Thomas Patton Drive, LLC, (together the "Plaintiffs") hereby move (the "Motion") pursuant to Fed. R. Bankr. P. 7026, 7033, 7034 and 7037 for an order compelling Steven C. Fustolo (the "Debtor") (i) to produce documents and otherwise respond to the *Plaintiffs' First Request for Production of Documents, Electronically Stored Information, and Things by Debtor* (the "Document Requests"), (ii) to answer or otherwise respond to the *Plaintiffs' First Set of Interrogatories to Debtor* (the "Interrogatories"), (iii) to serve his *Initial Disclosures* (the "Disclosures") upon the Plaintiffs, all of which the Debtor has failed or otherwise refused to do, and (iv) for sanctions. In support of their Motion, the Plaintiffs respectfully state as follows:

1. On May 6, 2013 the Petitioning Creditors commenced this proceeding by filing an Involuntary Petition for relief under Chapter 7 of the Bankruptcy Code against the Debtor.

2. On December 16, 2013 the Court entered an order for relief against the Debtor under Chapter 7 of the Bankruptcy Code.

3. On September 30, 2014 the Plaintiffs initiated this adversary proceeding by filing their *Complaint* objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 and for a determination of non-dischargeability of their debts pursuant to 11 U.S.C. § 523.

4. On December 5, 2014 the Plaintiffs served the Documents Requests and Interrogatories upon the Debtor's counsel. True and accurate copies of the Documents Requests and Interrogatories with certificates of service are attached hereto as <u>Exhibits A and B</u>, respectively.

5. The Debtor has failed or otherwise refused to respond to the Document Requests and Interrogatories and the time in which to do so has passed.

6. The Debtor has also failed to serve on the Plaintiffs the Disclosures pursuant to Fed. R. Civ. 26(a)(1), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7026, and the time in which to do so has passed.

7. On January 23, 2015, Plaintiffs' counsel sent a letter to Debtor's counsel, via electronic and first class mail, requesting a conference pursuant to Local Rule of Bankr. P. 7037-1 to discuss the Debtor's failure to respond to the Document Requests and Interrogatories, and his failure to serve the Disclosures. The Debtor's counsel has not responded to that request.

8. Given the Debtor's outright, unexplained and unjustified failure to respond to the Plaintiffs' discovery requests and Plaintiffs' counsel's request for a 7037 conference, an award of sanctions for the reasonable expenses incurred by the Plaintiffs in filing this Motion, including attorney fees, are appropriate and should be awarded. *See* Fed. R. Bankr. P. 7037(a)(5); Mass. Local Bankr. R. 7037-1.

**Certification Pursuant to Fed. R. Bankr. P. 7037 & Local Bankr. R. 7037-1**

The undersigned filing attorney certifies that on January 23, 2015 he sent a letter to Debtor's counsel via electronic and first class mail requesting a conference pursuant Fed. R. Bankr. P. 7037 & Local Bankr. R. 7037-1 to discuss the Debtor's failure to respond to the Document Requests and Interrogatories, and his failure to serve the Disclosures, and has not received a response.

**WHEREFORE**, the Plaintiffs respectfully request that the Court enter an order (i) granting the Motion; (ii) compelling the Debtor to respond to the Documents Requests and Interrogatories within 7 days; (iii) compelling the Debtor to serve his initial disclosures on the Plaintiffs within 3 days; (iv) ordering the Debtor to reimburse the Plaintiffs for their fees and expenses, including attorneys' fees, associated with this Motion, including the fees and costs associated with attending any hearing thereon; and (v) granting to the Plaintiffs such other and further relief as the Court deems proper and just.

> Respectfully submitted,
>
> THE PATRIOT GROUP, LLC, & 50 THOMAS PATTON DRIVE, LLC
>
> By their attorneys,
>
> /s/ Jonathan M. Horne
> Michael J. Fencer (BBO No. 648288)
> Jonathan M. Horne (BBO No. 673098)
> JAGER SMITH P.C.
> One Financial Center
> Boston, Massachusetts 02111
> telephone:  (617) 951-0500
> facsimile:  (617) 951-2414
> email: mfencer@jagersmith.com
>            jhorne@jagersmith.com

Dated: February 4, 2015

**CERTIFICATE OF SERVICE**

      I, Jonathan M. Horne, hereby certify that on the 4th day of February 2015 I caused a true and accurate copy of the forgoing document to be served via ECF upon all parties who are registered to receive electronic notice of filing in this proceeding

/s/ Jonathan M. Horne

Jonathan M. Horne