UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br>Steve C. Fustolo<br>    Debtor | Chapter 7<br>No. 13-12692-JNF |
| 50 Thomas Patton Drive, LLC, The Patriot Group, LLC<br>    Plaintiffs<br>v.<br>Steven C. Fustolo<br>    Defendant | Adv. Pro.<br>14-1193 |

**OBJECTION OF STEVEN FUSTOLO TO MOTION TO COMPEL**

Now comes Steven C. Fustolo, Debtor and Defendant in this Adversary Proceeding, and responds to the Motion to Compel filed by the Plaintiffs stating that the Defendant has provided the Plaintiffs both his Answers to Interrogatories and Responses to the Document Requests and that the delay was due in part to (a) the multiple actions under and in this bankruptcy proceeding filed by the Plaintiffs and Plaintiffs' counsel against the Defendant and/or his wife and the concomitant time demands upon the Defendant, (b) the fact that Defendant's counsel was out of state for a period of time on a personal matter, (c) the weather in Massachusetts caused the return flight of Defendant's counsel to be delayed for an additional two days, and (d) the weather and particularly the volume of snow dropped on the region caused a number of additional lost days of work. Defendant expects to supply the initial disclosures by February 20, 2015.

Wherefore Steven C. Fustolo prays that the motion be denied.

        Steven C. Fustolo
        By his attorney

        /S/   David M. Nickless
        David M. Nickless, Esq.
        Nickless, Phillips and O'Connor
        625 Main Street
        Fitchburg, MA  01420
        (978) 342-4590
        BBO No. 371920
        dnickless.nandp@verizon.net

## CERTIFICATE OF SERVICE

I, David M. Nickless, do hereby certify that I served copy of the within pleading by electronic service to the parties listed below.

Michael J. Fencer, Esq.
Jonathan M. Horne, Esq.
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
*(Counsel to Plaintiffs)*

Dated:  February 13, 2015        /s/ David M. Nickless
        David M. Nickless