# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** 50 Thomas Patton Drive LLC et al v. Fustolo     **Case Number:** 14-01193     **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#16 Motion of Plaintiffs 50 Thomas Patton Drive LLC, The Patriot Group, LLC to Compel Discovery Responses (Jonathan Horne)
#17 Objection of Defendant Steven C. Fustolo (David Nickless)
#20 Reply of Plaintiffs 50 Thomas Patton Drive LLC, The Patriot Group, LLC to #17 (Jonathan Horne)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                       Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
**#16** DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion is granted. The Court directs the Debtor to provide all documents requested by the Plaintiffs by March 23, 2015. The Court directs the Debtor to reimburse the Plaintiffs for the cost of pursuing their motion. The Plaintiffs shall file an affidavit of their legal fees and expenses.

IT IS SO NOTED:                        IT IS SO ORDERED:

_____          /s/ Joan N. Feeney     Dated: 02/20/2015
Courtroom Deputy                     Joan N. Feeney, U.S. Bankruptcy Judge