UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN C. FUSTOLO, ) | Chapter 7 |
| ) | Case No. 13-12692-JNF |
| Debtor. ) | |
| ) | |
| 50 THOMAS PATTON DRIVE, LLC, and ) | |
| THE PATRIOT GROUP, LLC, ) | |
| ) | |
| Plaintiffs, ) | Adversary Proceeding |
| ) | No. 14-1193-JNF |
| v. ) | |
| ) | |
| STEVEN C. FUSTOLO, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF JONATHAN M. HORNE, ESQ. IN SUPPORT OF AWARD OF COSTS IN CONNECTION WITH PLAINTIFFS' MOTION TO COMPEL**

I, Jonathan M. Horne, do hereby depose and say the following:

1. I am an associate in the Litigation and Bankruptcy and Creditors' Rights Groups of the law firm of Jager Smith P.C. ("Jager Smith"), One Financial Center, Boston, Massachusetts 02111, and I am duly admitted to practice law in this Court, and in the courts of this Commonwealth. I am an attorney of record for 50 Thomas Patton Drive, LLC and The Patriot Group, LLC (together the "Plaintiffs"), the plaintiffs in the above captioned adversary proceeding. In that capacity, I am fully familiar with, and if called upon to do so would be competent to testify as to the facts and circumstances set forth herein.

2. I am the attorney that performed substantially most of the professional services in connection with the Plaintiffs' *Motion to Compel* (the "Motion to Compel") [Docket No. 16]. I

JS#509880v1                    1

submit this affidavit in accordance with the Court's order dated February 20, 2015 granting the Plaintiffs' Motion to Compel, directing the Debtor to reimburse the Plaintiffs for the costs of prosecuting the Motion to Compel, and directing the Plaintiffs to file an affidavit of their legal fees and expenses in connection with the Motion to Compel [Docket No. 22].

    3. I earned a Bachelor of Science degree from Wabash College in May 2005, and a Juris Doctor degree from St. John's University School of Law in May 2008, where I was a member of the St. John's Law Review. I am admitted to practice before the Courts of this Commonwealth and the State of New York, and before the United States District Courts for the District of Massachusetts and the Southern District of New York.

    4. Jager Smith bills $325 per hour for my time in representing the Plaintiffs in this adversary proceeding, and bills $450 per hour for the time of Attorney Michael J. Fencer in this matter.

    5. In connection with the Plaintiffs' Motion to Compel, Jager Smith performed, among others, the following tasks:

        a.    draft, prepare, and file the Plaintiffs' Motion to Compel;

        b.    review the Debtor's opposition to the Motion to Compel and his responses to the Plaintiffs' document requests and interrogatories to determine impact, if any, on Motion to Compel;

        c.    research appropriateness of awarding costs on Motion to Compel in light of the Debtor's late responses;

        d.    draft, prepare, and file the Plaintiffs' reply to the Debtor's opposition to the Motion to Compel;

  e.  draft hearing notes, review pleadings, and prepare to argue hearing on Motion to Compel; and

  f.  attend hearing on and argue Motion to Compel.

6. In total, I spent 12.60 hours on the above described tasks directly related to the Motion to Compel at a rate of $325 per hour, for fees in the amount of $4,095.00. Attorney Fencer spent 3.0 hours related to the Motion to Compel, for fees in the amount of $1,350.00. In total, the Plaintiffs incurred $5,445.00 in fees in connection with the Motion to Compel for which they seek reimbursement.

I hereby declare under the pains and penalties of perjury on this 2nd day of March 2015 that the foregoing is true and accurate to the best of my knowledge and belief.

/s/ Jonathan M. Horne

Jonathan M. Horne (BBO No. 673089)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone:  617-951-0500
Facsimile:  617-951-2414

Dated:  March 2, 2015

**CERTIFICATE OF SERVICE**

      I, Jonathan M. Horne, hereby certify that on the 2nd day of March 2015 I caused a true and accurate copy of the forgoing docket to be served via ECF upon all parties who are registered to receive electronic notice of filing in this proceeding.

      /s/ Jonathan M. Horne

      Jonathan M. Horne