UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STEVEN C. FUSTOLO, | ) ) | Chapter 7 |
| Debtor. | ) ) ) | Case No. 13-12692-JNF |
| 50 THOMAS PATTON DRIVE, LLC, and THE PATRIOT GROUP, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Adversary Proceeding No. 14-1193-JNF |
| v. | ) ) | |
| STEVEN C. FUSTOLO, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO FURTHER EXTEND TIME TO COMPLETE
<u>DISCOVERY AND EXTEND DEADLINES</u>**

The *Defendant's Motion to Further Extend Time to Complete Discovery and Extend Deadlines* (the "Motion") filed by Steven C. Fustolo (the "Debtor") having come before the Court; and 50 Thomas Patton Drive, LLC and The Patriot Group, LLC (together the "Plaintiffs") assenting to the relief sought in the Motion to the extent outlined in the Assent; and the Court finding that the extensions of deadlines detailed herein are appropriate under the circumstances **NOW THEN**, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the deadline to complete all fact discovery in this adversary proceeding is extended from May 13, 2015 up to and including July 13, 2015; and that the

JS#515326v1

deadline for the Parties to submit a joint pre-trial statement is extended from June 10, 2015 up to and including August 11, 2015.

SO ORDERED:

_____  05/29/2015
Joan N. Feeney
United States Bankruptcy Judge