# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  50 Thomas Patton Drive LLC et al v. Fustolo        Case Number: 14-01193          Ch:

**MOVANT/APPLICANT/PARTIES:**

#39 Letter received from John C. Howe, CEO of The Patriot Group, LLC; Response from William McLeod; all parties copied. (Mcleod, William)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  x  _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A request for an order must be made by motion. See MLBR 9013-1(a). Moreover, a corporation, partnership or trust, as well as limited liability companies, must appear through counsel. See MLBR9010-1(c).

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Joan N. Feeney
_____               _____  Dated: 06/01/2015
Courtroom Deputy                         Joan N. Feeney, U.S. Bankruptcy Judge