UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: STEVEN C. FUSTOLO,<br><br>Debtor.<br><br>50 THOMAS PATTON DRIVE, LLC and<br>THE PATRIOT GROUP, LLC,<br><br>                     Plaintiffs<br>v.<br><br>STEVEN C. FUSTOLO,<br><br>                     Defendant | Chapter 7<br><br>Case No.: 13-12692-JNF<br><br>AP No.: 14-01193-JNF |

**THE PATRIOT GROUP, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNT IV AND UNDER 11 U.S.C. § 727(a)(4)(A) AGAINST
DEFENDANT/DEBTOR STEVEN C. FUSTOLO**

Pursuant to Local Rule 56.1 and Fed. R. Civ. P. 56, creditor The Patriot Group, LLC ("Patriot") hereby moves for Partial Summary Judgment against Defendant/Debtor Steven C. Fustolo ("Fustolo" or "Debtor") on Count IV and under 11 U.S.C. § 724(a)(4)(A) for knowingly and fraudulently making a false oath in connection with the filing of his Chapter 7 bankruptcy (No. 13-12692-JNF) Schedule of Assets. In support thereof, Patriot submits with this motion a memorandum of law and a statement of material facts to which there are no genuine issues to be tried.

**REQUEST FOR ORAL ARGUMENT**

Patriot respectfully requests that the Court schedule oral argument on its *Partial Motion for Summary Judgment Under on Count IV and Under 11 U.S.C. § 727(a)(4)(A)* as soon as is convenient for the Court.

WHEREFORE, Patriot respectfully requests that this Court grant its motion.

Respectfully submitted,

ATTORNEYS FOR THE PATRIOT GROUP, LLC,

By: /s/ Jack I. Siegal
Michael Paris (BBO#556791)
mparis@nbparis.com
Joel G. Beckman (BBO#553086)
jbeckman@nbparis.com
Jack I. Siegal (BBO#669173)
jsiegal@nbparis.com
**NYSTROM BECKMAN & PARIS LLP**
One Marina Park Drive, 15th Floor
Boston, MA  02210
T: (617) 778-9100
F: (617) 778-9110

DATED:  June 15, 2015

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on June 15, 2015, I conferred with counsel for the Defendant/Debtor, David Nickless, Esquire in this matter via telephone and he, on his client's behalf, would not agree to the relief sought in this motion.

/s/ Jack I. Siegal

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of June, 2015.

/s/ Jack I. Siegal