United States Bankruptcy Court
District of Massachusetts

50 Thomas Patton Drive LLC,
      Plaintiff

Adv. Proc. No. 14-01193-jnf

Fustolo,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2015
                            Form ID: transcrp     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2015.
```
aty          +Susan H Christ,    Nickless, Phillips and O'Connor,    625 Main Street,
               Fitchburg, MA 01420-3107
pla          +50 Thomas Patton Drive LLC,    c/o Cliff Schorer,    10 Turnpike Road,
               Southborough, MA, MA 01772-2101
op           +Jager Smith P.C.,    One Financial Center,    Boston, MA 02111-2665,    US
dft          +Steven C. Fustolo,    100 Church Street,    Winchester, MA 01890-3521
pla          +The Patriot Group, LLC,    c/o John Howe,    1120 Post Rd, 2nd Floor,    Darien, CT 06820-5435
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 25 2015 23:18:26     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2015                                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2015 at the address(es) listed below:
```
              David M. Nickless   on behalf of Defendant Steven C. Fustolo  dnickless.nandp@verizon.net
              Howard P. Blatchford, Jr.   on behalf of Plaintiff   50 Thomas Patton Drive LLC
               hblatchford@jagersmith.com
              Jack I. Siegal   on behalf of Plaintiff   The Patriot Group, LLC  jsiegal@nbparis.com,
               jmorro@nbparis.com;bsigh@nbparis.com;pmarinaro@nbparis.com;mparis@nbparis.com;jbeckman@nbparis.co
               m
              Jonathan Horne   on behalf of Other Professional   Jager Smith P.C.  jhorne@jagersmith.com,
               bankruptcy@jagersmith.com;jhorne@ecf.inforuptcy.com
              Jonathan Horne   on behalf of Plaintiff   50 Thomas Patton Drive LLC  jhorne@jagersmith.com,
               bankruptcy@jagersmith.com;jhorne@ecf.inforuptcy.com
              Michael Paris   on behalf of Plaintiff   The Patriot Group, LLC  mparis@nbparis.com,
               jmorro@nbparis.com;bsigh@nbparis.com
              Michael J. Fencer   on behalf of Plaintiff   50 Thomas Patton Drive LLC  mfencer@jagersmith.com,
               bankruptcy@jagersmith.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  50 Thomas Patton Drive LLC et al v. Fustolo  Debtor, | Chapter: 0  Case No: 14–01193  Judge Joan N. Feeney |

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE**

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty–one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

   The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document – do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

   To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

   ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

Date: 6/25/15

By the Court,

James M. Lynch
Clerk, U.S. Bankruptcy Court