## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>Steve C. Fustolo<br>    Debtor | Chapter 7<br>No. 13-12692-JNF |
| 50 Thomas Patton Drive, LLC, The Patriot Group, LLC<br>    Plaintiffs<br>v.<br>Steven C. Fustolo<br>    Defendant | Adv. Pro.<br>14-1193 |

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION

I, Steven C. Fustolo, hereby declare(s) under penalty of perjury that all of the information contained in my Affidavit, filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 8/7/15

Steven C. Fustolo