UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEVEN C. FUSTOLO, <br><br> Debtor. <br><br><br> 50 THOMAS PATTON DRIVE, LLC and <br> THE PATRIOT GROUP, LLC, <br><br> Plaintiffs <br> v. <br><br> STEVEN C. FUSTOLO, <br><br> Defendant | Chapter 7 <br><br> Case No.: 13-12692-JNF <br><br> AP No.: 14-01193-JNF |

**SUPPLEMENTAL AFFIDAVIT OF JACK I. SIEGAL, ESQ. IN SUPPORT OF
THE PATRIOT GROUP, LLC'S PARTIAL MOTION FOR SUMMARY JUDGMENT
ON COUNT IV AND UNDER 11 U.S.C. § 727(a)(4)(A) AGAINST
DEFENDANT/DEBTOR STEVEN C. FUSTOLO**

I, Jack I. Siegal, state under oath:

1.      I am a member of the Bar of the Commonwealth of Massachusetts and am

admitted to practice before the United States Bankruptcy Court in the District of

Massachusetts.

2.      I am an attorney at the law firm of Nystrom Beckman & Paris LLP, and am

counsel for The Patriot Group, LLC.

3.      I have personal knowledge of the facts set forth in this affidavit, and if called

upon as a witness, could and would testify truthfully thereto.

4.      I submit this Supplemental Affidavit in support of The Patriot Group, LLC's

Partial Motion for Summary Judgment on Count IV and under 11 U.S.C. § 727(a)(4)(A).

5.      Attached hereto as Exhibit A is a true and accurate copy of a United States

Postal Service Priority Mail Express receipt for a package mailed to the SEC on May 9, 2014.

6.      Attached hereto as Exhibit B is a true and accurate copy of a press release from the Commonwealth of Massachusetts Attorney General's Office regarding the arraignment of Steven C. Fustolo on charges of Criminal Harassment and Intimidation of a Witness.

7.      Attached hereto as Exhibit C are true and accurate copies of sample response letters from the Internal Revenue Service relating to the filing of whistleblower claims available on the internet.

8.      Attached hereto as Exhibit D is a true and accurate copy of a document bates labeled DEFENDANT006991-6992 Fustolo produced in discovery.

9.      Attached hereto as Exhibit E is a true and accurate copy of an excerpt from the Internal Revenue Manual relating to Whistleblower Awards.


SWORN UNDER THE PENALTIES OF PERJURY THIS 14th DAY OF AUGUST 2015

/s/ Jack I. Siegal                              

Jack I. Siegal


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of August, 2015.


/s/ Jack I. Siegal