

**Whistleblower Office**

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, DC 20224
October 2, 2014

GREGORY C MORSE
223 HIGH POINT DRIVE
MURPHY, TX 75094

Claim Number: 2014-007601
RE: GMAC MORTGAGE LLC
Contact Representative Number: 801-620-2169
(This is not a toll-free number)

Contact Address   Internal Revenue Service
1973 N Rulon White Blvd, MS 4110
Ogden, UT 84404

☐ Telephone Number required per F211 instructions. Please call our office at the number listed above to update our records.

☐ Need 2848 completed for POA mentioned in submission

Dear Gregory C Morse:

We received your Form 211 with the information you furnished and have assigned the above claim number(s). We will evaluate the information you provided to determine if an investigation is warranted and an award is appropriate. Please retain this notice for future reference.

It is necessary for you to provide your contact information in the event we need additional information regarding your claim or to conduct an interview. If you have not provided your contact information we will evaluate your claim based on the information you submitted only.

If we initiate an investigation as a result of your information, it is important to understand that it could take several years until final resolution of all tax matters. This is especially true if the taxpayer exercises all administrative and judicial appeal rights. In addition, before we can pay an award, we must collect any additional taxes, penalties, or fines, assessed by reason of your information. Collection action could also take several years.

At the conclusion of our review and/or investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award. Unfortunately, we cannot tell you specific details about what actions we took, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures.

We will notify you as soon as all actions relating to your claim have been completed. Please note that we will be sending all correspondence from this office regarding this claim to you at the address you provided on line 7 of the Form 211. If you move or change the address to which you want correspondence directed, you **must** inform this office in writing of the change of address. Failure to notify this office of a change of address regarding this claim could result in you not receiving time-sensitive correspondence.

Sincerely,

*Charise Wood*

Charise Wood Manager, ICE Team- Ogden

RECEIVED 10-9-2014

Letter 1891-1 (SC/CG) (Rev. 10-2003)
Catalog Number 62055F



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

WHISTLEBLOWER OFFICE

February 16, 2012



Dear Mr. Phillips:

We received your Form 211 and it has been assigned the following claim numbers:

- 2012-002866 {Jardine}
- 2012-002867 {Lahka}
- 2012-002868 {Saucier}

The information you provided will be evaluated to determine if an investigation is warranted and an award is appropriate. Although we may need to contact you to discuss the information submitted, we can not tell you specific details about what actions we will be taking, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures. At the conclusion of the review and investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award.

Should you have any questions, Whistleblower Office analyst Cindy Stuart has been assigned to your claim and can be reached at (631) 447-4862.

Sincerely,

C. Arnold
Management and Program Analyst
Whistleblower Office

CC:
Cindy Stuart



**WHISTLEBLOWER OFFICE**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

January 25, 2012



Re: Claim Number: 2010-006673 and 2010-006674

Dear Mr. Phillips:

I am responding to your correspondence dated December 22, 2011 regarding the status of your claim.

The claim for award under Section 7623 is still open and under active consideration. We are unable to provide any specific information due to (Section 6103 of the Internal Revenue Code) Federal Disclosure and privacy laws that protect tax information for all taxpayers. There are a number of actions that must be completed before a determination is made.

We will notify you as soon as all actions relating to your claim have been completed. If you change your address, please let us know.

If you have any further questions in regards to this letter, please contact Cindy Stuart, Management Analyst at 631-447-4862.

Sincerely

*C Stuart*

Cindy Stuart
Management Analyst
Office of Whistleblower Programs