

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, DC 20224
July 21, 2014

Whistleblower Office

RE: PATRIOT GROUP

STEVEN FUSTOLO
87 TERRACE HALL
BURLINGTON, MA 01803

Contact Address   Internal Revenue Service
1973 N Rulon White Blvd, MS 4110
Ogden, UT 84404

☐ Telephone Number required per F211 instructions.
Please call our office at the number listed above to update our records.

☐ Need 2848 completed for POA mentioned in submission.

Dear STEVEN FUSTOLO:

We received your Form 211 with the information you furnished and have assigned the above claim number(s). We will evaluate the information you provided to determine if an investigation is warranted and an award is appropriate. Please retain this notice for future reference.

It is necessary for you to provide your contact information in the event we need additional information regarding your claim or to conduct an interview. If you have not provided your contact information we will evaluate your claim based on the information you submitted only.

If we initiate an investigation as a result of your information, it is important to understand that it could take several years until final resolution of all tax matters. This is especially true if the taxpayer exercises all administrative and judicial appeal rights. In addition, before we can pay an award, we must collect any additional taxes, penalties, or fines, assessed by reason of your information. Collection action could also take several years.

At the conclusion of our review and/or investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award. Unfortunately, we cannot tell you specific details about what actions we took, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures.

We will notify you as soon as all actions relating to your claim have been completed. Please note that we will be sending all correspondence from this office regarding this claim to you at the address you provided on line 7 of the Form 211. If you move or change the address to which you want correspondence directed, you must inform this office in writing of the change of address. Failure to notify this office of a change of address regarding this claim could result in you not receiving time-sensitive correspondence.

Sincerely,

*Charise Wood*

Charise Wood, Manager, ICE Team, Ogden

Letter 1881-1 (SC/CG) (Rev. 10-2003)
Catalog Number 63056F

DEFENDANT006991



DEFENDANT006992