UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEVEN C. FUSTOLO,<br><br>Debtor.<br><br>50 THOMAS PATTON DRIVE, LLC and THE PATRIOT GROUP, LLC,<br><br>                   Plaintiffs<br><br>v.<br><br>STEVEN C. FUSTOLO,<br><br>                   Defendant | Chapter 7<br><br>Case No.: 13-12692-JNF<br><br>AP No.: 14-01193-JNF |

**RESPONSE TO DEFENDANT/DEBTOR STEVEN C. FUSTOLO'S
STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF HIS OPPOSITION TO
THE PATRIOT GROUP, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNT IV AND UNDER 11 U.S.C. § 727(a)(4)(A) AGAINST
<u>DEFENDANT/DEBTOR STEVEN C. FUSTOLO</u>**

Pursuant to Local Rule 56.1 and Fed. R. Civ. P. 56, creditor The Patriot Group, LLC ("Patriot") submits this response to Defendant/Debtor Steven C. Fustolo's ("Fustolo" or "Debtor") Statement of Undisputed Facts in Support of his Opposition to Patriot Group LLC's Motion for Partial Summary Judgment.

**FUSTOLO'S ADDITIONAL MATERIAL FACTS**

32. On May 9, 2014, Debtor filed a "Whistleblower Complaint" with the United States Securities and Exchange Commission. [Affidavit of Steven C. Fustolo "Fustolo Aff.", ¶ 6.

**Disputed. Fustolo testified that he could not recall the details of his "claim," including when he filed the purported claim with the Securities and Exchange Commission. [Siegal Aff., Ex. D at 4, Tr. 198:20-200:22; <u>but</u> <u>see</u> The Patriot Group, LLC's Reply Brief in Support of Its Motion for Partial Summary Judgment on Count IV and Under 11 U.S.C. § 727(a)(4)(A) ("Reply") at 3].**

33. The Securities and Exchange Commission acknowledged receipt of the Whistleblower Complaint by letter dated May 22, 2014.

**Disputed because it lacks foundation. Further, Fustolo cites no evidence for Material Fact No. 33.**

7

34. On or about July 18, 2014, in response to Informal Document Requests submitted by Jager Smith to Fustolo's bankruptcy counsel, the Debtor delivered to Michael J. Fencer, Esq., then attorney for The Patriot Group, LLC, a copy of the May 22, 2014 letter from the Securities and Exchange Commission together with another 500 pages related to the Whistleblower Complaints. Fustolo Aff., ¶ 8.

**Admitted that Fustolo produced to Jager Smith a document purporting to be from the Securities and Exchange Commission. Further, none of the other documents Fustolo produced substantiate the existence of a whistleblower claim. [Reply at 3].**

35. On or about May 8, 2014, Fustolo filed a "Whistleblower Complaint" with the Internal Revenue Service. Fustolo Aff., ¶ 5.

**Disputed. Fustolo testified that he could not recall when he filed the purported claim with the Internal Revenue Service. Further, Fustolo has no information or documents to support his assertion in Material Fact No. 35. Further, none of the other documents Fustolo produced substantiate the existence of a whistleblower claim. [Siegal Aff., Ex. D at 4, Tr. 198:4-19].**

36. The Internal Revenue Service acknowledged receipt of the Whistleblower Complaint by letter dated July 21, 2014 and posted July 23, 2014 from the Internal Revenue Service's Whistleblower office located in Ogden, Utah. Fustolo Aff., Exh. D.

**Disputed. Fustolo produced a document purporting to be from the Internal Revenue Service. As produced, the letter is illegible and lacks basic information, including a claim reference number. The letter appears to be a forgery. [Supplemantal Affidavit of Jack I. Siegal ("Supp. Siegal Aff."), Ex. D; Fustolo Aff., Ex. D].**

37. A copy of the letter from the Internal Revenue Service, together with the envelope in which it was sent, was provided to Michael J. Fencer, Esq., then attorney for Patriot Group, LLC., as part of a supplemental response to documents on or about March 23, 2015. Fustolo Aff., ¶ 11 & Exh. D.

**Admitted that Fustolo produced to Jager Smith a document purporting to be from the Internal Revenue Service, but otherwise disputed. As produced, the letter is illegible and lacks basic information, including a claim reference number. [Supp. Siegal Aff., Ex. D; Fustolo Aff., Ex. D].**

38. Prior to filing the Whistleblower Complaints in 2014, Fustolo had never previously filed a Whistleblower Complaint. Exh. D to Siegal Aff. at page 198 (Docket #56-4 at page 4 of 6)

**Immaterial. To the extent a response is required, disputed. [Siegal Aff., Ex. D at 4, Tr. 198:4-7].**

7

        Respectfully submitted,

        ATTORNEYS FOR THE PATRIOT GROUP, LLC,

By:   /s/ Jack I. Siegal  
       Michael Paris (BBO#556791)  
       mparis@nbparis.com  
       Joel G. Beckman (BBO#553086)  
       jbeckman@nbparis.com  
       Jack I. Siegal (BBO#669173)  
       jsiegal@nbparis.com  
       **NYSTROM BECKMAN & PARIS LLP**  
       One Marina Park Drive, 15th Floor  
       Boston, MA  02210  
       T: (617) 778-9100  
       F: (617) 778-9110

DATED:  August 14, 2015

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of August, 2015.

       /s/ Jack I. Siegal

7

Case 14-01193    Doc 71    Filed 08/14/15    Entered 08/14/15 16:40:26    Desc Main
              Document      Page 4 of 4