# EXHIBIT C

# 1781CV01557 The Patriot Group,LLC vs. Zeizel, Jeffrey H. et al

| | |
|---|---|
| Case Type | Torts |
| Case Status | Open |
| File Date | 05/23/2017 |
| DCM Track: | A - Average |
| Initiating Action: | Defamation |
| Status Date: | 05/23/2017 |
| Case Judge: | |
| Next Event: | 03/06/2019 |

All Information | Party | Subsequent Action/Subject | Event | Tickler | Docket | Disposition

## Party Information

**The Patriot Group,LLC** - Plaintiff

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | Siegal, Esq., Jack I |
| Bar Code | 669173 |
| Address | Gordon Rees Scully<br>Mansukhani, LLP<br>21 Custom House St 5th Floor<br>Boston, MA 02110 |
| Phone Number | (857)504-2033 |

More Party Information

**Zeizel, Jeffrey H.** - Defendant

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | Fink, Esq., Scott |
| Bar Code | 665784 |
| Address | Pasquarello Fink LLC<br>185 Devonshire St<br>Third Floor<br>Boston, MA 02110 |
| Phone Number | (617)963-0037 |

More Party Information

**Fustolo, Steven C** - Defendant

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | Moorman, Jr., Esq., William R |
| Bar Code | 548593 |
| Address | Partridge, Snow & Hahn LLP<br>30 Federal St<br>Boston, MA 02110 |
| Phone Number | (617)292-7900 |
| Attorney | Schroeder, Esq., Paige |
| Bar Code | 689346 |
| Address | Partridge Snow & Hahn LLP<br>30 Federal St<br>Boston, MA 02110 |
| Phone Number | (617)292-7900 |

More Party Information

**Bank Of America** - Trustee Defendant

Alias

**Party Attorney**

More Party Information

## Subsequent Action/Subject

| SA/Subject # | Status Date | Pleading Party | Responding Party | Judgments | Status | Description |
|---|---|---|---|---|---|---|
| 1 | 02/20/2018 | Zeizel, Jeffrey H. | Fustolo, Steven C | 0 | Open | 3rd Party Complaint |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/07/2017 02:00 PM | Civil D Rm 620 | Courtroom 620 | Hearing on Motion for Attachment | Kern, Leila R | Held as Scheduled |
| 11/07/2017 02:00 PM | Civil D Rm 620 | Courtroom 620 | Rule 12 Hearing | Kern, Leila R | Rescheduled |
| 11/28/2017 02:00 PM | Civil D Rm 620 | Courtroom 620 | Motion Hearing | Kern, Leila R | Held as Scheduled |
| 12/14/2017 02:00 PM | Civil D Rm 620 | Courtroom 620 | Rule 12 Hearing | Kern, Leila R | Not Held |
| 01/25/2018 02:00 PM | Civil D Rm 620 | Courtroom 620 | Rule 12 Hearing | Kern, Leila R | Held as Scheduled |
| 04/19/2018 02:00 PM | Civil D Rm 620 | Courtroom 620 | Motion Hearing | Ritter, Hon. William J | Held as Scheduled |
| 05/02/2018 02:00 PM | Civil D Rm 620 | Courtroom 620 | Hearing for Protective Order | Ritter, Hon. William J | Held as Scheduled |
| 05/22/2018 08:30 AM | Civil D Rm 620 | Courtroom 620 | Status Review | Ritter, Hon. William J | Held as Scheduled |
| 06/06/2018 02:00 PM | Civil D Rm 620 | Courtroom 620 | Motion Hearing to Compel | Ritter, Hon. William J | Rescheduled |
| 06/07/2018 02:00 PM | Civil D Rm 620 | Courtroom 620 | Motion Hearing to Compel | Ritter, Hon. William J | Rescheduled |
| 07/18/2018 02:00 PM | Civil D Rm 620 | Courtroom 620 | Motion Hearing to Compel | | Not Held |
| 03/06/2019 08:30 AM | Civil D Rm 620 | | Status Review | | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 05/23/2017 | 08/21/2017 | 90 | |
| Answer | 05/23/2017 | 09/20/2017 | 120 | |
| Rule 12/19/20 Served By | 05/23/2017 | 09/20/2017 | 120 | |
| Rule 12/19/20 Filed By | 05/23/2017 | 10/20/2017 | 150 | |
| Rule 12/19/20 Heard By | 05/23/2017 | 11/20/2017 | 181 | |
| Rule 15 Served By | 05/23/2017 | 07/17/2018 | 420 | |
| Rule 15 Filed By | 05/23/2017 | 08/16/2018 | 450 | |
| Rule 15 Heard By | 05/23/2017 | 08/16/2018 | 450 | |
| Discovery | 05/23/2017 | 05/13/2019 | 720 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 56 Served By | 05/23/2017 | 06/12/2019 | 750 | |
| Rule 56 Filed By | 05/23/2017 | 07/12/2019 | 780 | |
| Final Pre-Trial Conference | 05/23/2017 | 11/11/2019 | 902 | |
| Judgment | 05/23/2017 | 05/22/2020 | 1095 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 05/23/2017 | Attorney appearance<br>On this date Jack Irving Siegal, Esq. added for Plaintiff The Patriot Group,LLC | |
| 05/23/2017 | Case assigned to:<br>DCM Track A - Average was added on 05/23/2017 | |
| 05/23/2017 | Original civil complaint filed. | 1 |
| 05/23/2017 | Civil action cover sheet filed. | 2 |
| 05/23/2017 | Demand for jury trial entered. | |
| 05/23/2017 | The Patriot Group,LLC's MOTION for appointment of Special Process Server.<br>Patriot Constable Service, LLC. ALLOWED. (Kirpalani, J.). Copy given in hand. | 3 |
| 05/23/2017 | Plaintiff(s) The Patriot Group,LLC's EX PARTE Motion for Trustee Process Attachment and Motion for Short Order of Notice for Motion for Real Estate Attachments. Motions for trustee process and real estate attachment set down for hearing on 6/7/17 at 2:00 pm. (Kern, J.). Copy given in hand. | 4 |
| 05/23/2017 | The Patriot Group,LLC's Memorandum in support of<br>Ex-Parte Motion for Trustee Process Attachments and Motion for Real Estate Attachments | 5 |
| 06/06/2017 | Opposition to to Plaintiff's Motion for Trustee Process Attachments and Motion for Real Estate Attachments(Filed in Court) filed by<br><br>Applies To: Zeizel, Jeffrey H. (Defendant) | 6 |
| 06/07/2017 | Event Result:<br>The following event: Hearing on Motion for Attachment scheduled for 06/07/2017 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 06/09/2017 | Endorsement on Motion for Trustee Process Attachment and Motion for Short Order of Notice for Motion for Real Estate Attachments (#4.0): DENIED<br>After hearing and review of the papers the Motions are Denied (Kern, Justice) | |
| 06/19/2017 | Defendant Jeffrey H. Zeizel, Bank Of America's Assented to Motion to<br>Enlarge Time To File Responsive Pleading | 7 |
| 06/21/2017 | Endorsement on Motion in Enlarge Time to File Responsive Pleading (#7.0): ALLOWED<br>(Kern, J.) copies mailed 6/21/17 | |
| 06/21/2017 | Attorney appearance<br>On this date Scott Fink, Esq. added for Defendant Jeffrey H. Zeizel | |
| 07/31/2017 | Defendant Jeffrey H. Zeizel's Motion to dismiss | 8 |
| 07/31/2017 | Jeffrey H. Zeizel's Memorandum<br>of law in support of #8 motion. | 8.1 |
| 07/31/2017 | The Patriot Group,LLC's Memorandum in opposition to<br>#8 motion. | 8.2 |
| 07/31/2017 | Defendant Jeffrey H. Zeizel's Request for<br>oral argument. | 8.3 |
| 07/31/2017 | Rule 9A list of documents filed. | 8.4 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 08/08/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/08/2017 11:50:22 | |
| 08/22/2017 | Defendant Jeffrey H. Zeizel's EMERGENCY Motion for<br>protective order and stay of discovery | 9 |
| 08/22/2017 | Jeffrey H. Zeizel's Memorandum in support of<br>emergency motion for protective order | 9.1 |
| 08/24/2017 | Opposition to Defendant Jeffrey H. Zeizel's EMERGENCY Motion for<br>protective order and stay of discovery filed by<br><br>Applies To: Zeizel, Jeffrey H. (Defendant) | 10 |
| 08/24/2017 | Plaintiff The Patriot Group,LLC's Cross Motion for<br>Reimbursement Pursuant to MASS.R.CIV.P. 11 (a) & 37<br><br>Applies To: Zeizel, Jeffrey H. (Defendant) | 11 |
| 08/24/2017 | Affidavit of Jack I. Siegal<br><br>Applies To: Zeizel, Jeffrey H. (Defendant) | 12 |
| 08/25/2017 | Endorsement on Motion for Protective Order and Stay of Discovery (#9.0): DENIED<br>without prejudice for failure to comply with Superior Court Rule 9C. Dated: August 22, 2017 | |
| 09/05/2017 | Opposition to plaintiff's cross-motion for reimbursement pursuant to MRCP 11(a) and 37. filed by<br>Jeffrey H. Zeizel | 13 |
| 09/14/2017 | Endorsement on Motion for reimbursement pursuant to MRCP 11(a) & 37 (#11.0): DENIED<br>dated 9/12/2017 and notices mailed 9/14/2017 | |
| 10/17/2017 | Event Result:<br>Judge: Kern, Leila R<br>The following event: Rule 12 Hearing scheduled for 11/07/2017 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: By Court prior to date | |
| 10/17/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/17/2017 09:52:26 | |
| 11/06/2017 | Event Result:<br>Judge: Kern, Leila R<br>The following event: Rule 12 Hearing scheduled for 12/14/2017 02:00 PM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Defendant | |
| 11/06/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 11/06/2017 11:48:46 | |
| 11/16/2017 | Plaintiff(s) The Patriot Group,LLC's Motion for<br>Short Order of Notice Regarding Hearing on Discovery Motions. Filed in Court and ALLOWED, hearing on motions scheduled for 11/28/17 at 2:00 pm. (Kern, J.). Copy given in hand. | 14 |
| 11/28/2017 | Event Result:<br>Judge: Kern, Leila R<br>The following event: Motion Hearing scheduled for 11/28/2017 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 11/28/2017 | Plaintiff The Patriot Group,LLC's Motion to<br>compel deposition of Jeffrey Zeizel and production of documents | 15 |
| 11/28/2017 | The Patriot Group,LLC's Memorandum in support of<br>motion to compel deposition of Jeffrey Zeizel and production of documents | 15.1 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 11/28/2017 | Opposition to to plaintiff's motion to compel deposition of Jeffrey Zeizel and production of documents # 15 filed by Jeffrey H. Zeizel | 15.2 |
| 11/28/2017 | Defendant Jeffrey H. Zeizel's Motion for<br>protective order | 16 |
| 11/28/2017 | Jeffrey H. Zeizel's Memorandum in support of<br>motion for protective order | 16.1 |
| 11/28/2017 | Opposition to to defendant Jeffrey Zeizel's motion for protective order #16 filed by The Patriot Group,LLC | 16.2 |
| 11/29/2017 | Endorsement on Motion to compel deposition of Jefrey Zeizel and production of documents (#15.0): ALLOWED<br>to the extent that defendant is to sit for a deposition for two hours at most within 45 days of this order. Counsel are to continue to work out issues related to the document<br>requests (dated 11/28/17)<br><br>Judge: Kern, Leila R | |
| 01/25/2018 | Event Result:<br>Judge: Kern, Leila R<br>The following event: Rule 12 Hearing scheduled for 01/25/2018 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 01/29/2018 | ORDER: PROTECTIVE ORDER<br>This parties to this matter have come to an agreement with respect to a Protective Order for a Subpoena served on AOL Inc. ("AOL"). Accordingly, it is hereby: ORDERED, ADJUDGED AND DECREED 1. That the request for a protective order is granted.<br><br>Judge: Kern, Leila R | 17 |
| 01/29/2018 | MEMORANDUM & ORDER:<br><br>MEMORANDUM OF DECISION AND ORDER ON DEFENDANTS' MOTION TO DISMISS: ORDER: For the reasons stated above, this court hereby ORDERS that the defendant Zeizel's Motion to Dismiss the Verified Complaint be DENIED. Dated: January 26, 2018<br><br>Judge: Kern, Leila R | 18 |
| 02/20/2018 | Received from<br>Defendant Zeizel, Jeffrey H.: Answer to original complaint and THIRD party complaint | 19 |
| 02/20/2018 | 3rd Party Complaint filed.<br><br>Scanned under #19<br><br>Starts on page #8 | 20 |
| 03/26/2018 | Attorney appearance<br>On this date William R Moorman, Jr., Esq. added for Defendant Steven C Fustolo | |
| 03/26/2018 | Attorney appearance<br>On this date Paige Schroeder, Esq. added for Defendant Steven C Fustolo | |
| 04/17/2018 | Plaintiff The Patriot Group,LLC's EMERGENCY Motion to<br>prevent further harassment of non-parties by Steven C. Fustolo. Filed in Court.<br>The within matter is set down for hearing on April 19, 2018 in Courtroom 620 at 2:00 p.m.<br>Copy given in hand.<br><br>Judge: Ritter, Hon. William J | 21 |
| 04/19/2018 | Event Result:<br>Judge: Ritter, Hon. William J<br>The following event: Motion Hearing scheduled for 04/19/2018 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 04/19/2018 | Plaintiff The Patriot Group,LLC's Supplement to<br>plaintiff's emergency motion to prevent further harassment of non-parties by Steven C. Fustolo | 22 |
| 04/19/2018 | Opposition to to plaintiff's emergency motion (#21) filed by Steven C Fustolo | 23 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 04/24/2018 | Endorsement on Motion to Prevent further harassment of non-parties by Steven C. Fustolo filed by the Plaintiff. After hearing and review of the pleadings, (#21.0): DENIED<br>The Preservation Letters in the context of this case does not warrant extraordinary remedies sought by this motion. (Endorsed on 4/19/19)<br><br>Judge: Ritter, Hon. William J | |
| 04/26/2018 | Defendant Jeffrey H. Zeizel's EMERGENCY Motion for<br>protective order from Paypal subpoena or in the alternative to quash the subpoena.<br><br>The within matter is set down for hearing on May 2, 2018 in Courtroom 620 at 2:00 p.m.<br><br>Copy given in hand.<br><br>Judge: Ritter, Hon. William J | 24 |
| 04/30/2018 | Opposition to Emergency Motion Regarding Paypal Subpoena and Motion for Sanctions filed by The Patriot Group,LLC | 25 |
| 05/02/2018 | Event Result:<br>Judge: Ritter, Hon. William J<br>The following event: Hearing for Protective Order scheduled for 05/02/2018 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 05/02/2018 | Opposition to the Patriot Group LLCS motion for sanctions filed by Jeffrey H. Zeizel | 26 |
| 05/02/2018 | Endorsement on Objection to The Patriot Group LLC'S Motion For Sanction (#26.0): DENIED<br>After Hearing, Denied. Dated: May 4, 2018 and notices mailed 5/8/18<br><br>Judge: Ritter, Hon. William J | |
| 05/07/2018 | Event Result:<br>Judge: Ritter, Hon. William J<br>The following event: Status Review scheduled for 05/22/2018 08:30 AM has been resulted as follows:<br>Result: Held as Scheduled | |
| 05/07/2018 | Endorsement on Motion for protective order from Paypal subpoena or in the alternative to quash the subpoena. After hearing, Motion to Quash Subpoena (#24.0): ALLOWED<br>The subpoena is overly broad, unduly burdensome and not calculated to lead to relevant evidence.<br><br>Judge: Ritter, Hon. William J | |
| 05/07/2018 | Endorsement on Motion for sanctions. After hearing, (#25.0): DENIED<br><br>Judge: Ritter, Hon. William J | |
| 05/07/2018 | Defendant Jeffrey H. Zeizel's EMERGENCY Assented to Motion for<br>Enlargement of Time to Respond to Plaintiffs Motion to Compel Interrogatory Responses (Assent Attached) | 27 |
| 05/15/2018 | Endorsement on Motion for enlargement of time to respond to plaintiff's motion to compel interrogatory responses. All parties appear to be in agreement with the motion. (#27.0): ALLOWED<br><br>Judge: Ritter, Hon. William J | |
| 05/15/2018 | Plaintiff(s) The Patriot Group,LLC motion filed to compel<br>interrogatory responses from defendant Jeffrey H. Zeizel. | 28 |
| 05/15/2018 | The Patriot Group,LLC's Memorandum in support of<br>#28 motion. | 28.1 |
| 05/15/2018 | Opposition to #28 motion. filed by Jeffrey H. Zeizel | 28.2 |
| 05/15/2018 | Plaintiff The Patriot Group,LLC's Reply to<br>defendant Jeffrey H. Zeizel's opposition to 28 motion. | 28.3 |
| 05/15/2018 | Affidavit of M. Bart Johnston, Esq. in support of plaintiff's reply to defendant Jeffrey H. Zeizel's opposition to #28 motion. | 28.4 |
| 05/15/2018 | Plaintiff The Patriot Group,LLC's Certificate of<br>unavailability. | 28.5 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Applies To: Siegal, Esq., Jack I (Attorney) on behalf of The Patriot Group,LLC (Plaintiff) | |
| 05/15/2018 | Request for hearing filed<br><br>Applies To: Zeizel, Jeffrey H. (Defendant) | 28.6 |
| 05/15/2018 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Siegal, Esq., Jack I (Attorney) on behalf of The Patriot Group,LLC (Plaintiff) | 28.7 |
| 05/23/2018 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/23/2018 08:48:32 | |
| 05/23/2018 | Event Result:<br>Judge: Ritter, Hon. William J<br>The following event: Motion Hearing to Compel scheduled for 06/06/2018 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: By Court prior to date | |
| 05/23/2018 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/23/2018 12:45:31 | |
| 05/23/2018 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/23/2018 12:48:03 | |
| 05/29/2018 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 05/29/2018 16:00:41 | |
| 05/29/2018 | Event Result:: Motion Hearing to Compel scheduled on:<br>06/07/2018 02:00 PM<br>Has been: Rescheduled For the following reason: Joint request of parties<br>Hon. William J Ritter, Presiding<br>Appeared:<br>Staff:<br>Martha Fulham, Assistant Clerk Magistrate | |
| 07/18/2018 | Plaintiff The Patriot Group,LLC's Request to stay the action pending resolution of bankruptcy matters | 29 |
| 07/18/2018 | Event Result:: Motion Hearing to Compel scheduled on:<br>07/18/2018 02:00 PM<br>Has been: Not Held For the following reason: Joint request of parties<br>Hon. Susan E Sullivan, Presiding<br>Appeared:<br>Staff:<br>Martha Fulham, Assistant Clerk Magistrate | |
| 07/18/2018 | Plaintiff The Patriot Group,LLC's Assented to Notice of decision and request to stay the action pending resolution of bankruptcy matters. | 30 |
| 07/23/2018 | Endorsement on Request to Stay the action pending resolution of bankruptcy matters. By agreement of the parties as noted on the assented to notice of decision and request to stay, motion (#29.0): ALLOWED<br><br>Judge: Sullivan, Hon. Susan E | |
| 07/23/2018 | Endorsement on Request to stay action pending resolution of bankruptcy matters. By agreement of the parties, motion (#30.0): ALLOWED<br><br>Judge: Sullivan, Hon. Susan E | |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |