# EXHIBIT E

# 1081CV00529 The Patriot Group, LLC vs. Fustolo, Steven C.

| | |
|---|---|
| Case Type | Contract / Business Cases |
| Case Status | Open |
| File Date | 02/10/2010 |
| DCM Track: | F - Fast Track |
| Initiating Action: | Commercial Paper |
| Status Date: | 10/25/2017 |
| Case Judge: | |
| Next Event: | 09/12/2018 |

All Information | Party | Judgment | Event | Tickler | Docket | Disposition

## Party Information

**The Patriot Group, LLC** - Plaintiff

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | Burke, Esq., Michael P |
| Bar Code | 682796 |
| Address | Gordon Rees Scully Mansukhani, LLP<br>21 Custom House St<br>Fifth Floor<br>Boston, MA 02110 |
| Phone Number | (857)504-2031 |
| Attorney | Johnston, Esq., Marion Bartlett |
| Bar Code | 694134 |
| Address | Gordon Rees Scully Mansukhani<br>21 Custom House St<br>5th Floor<br>Boston, MA 02110 |
| Phone Number | (857)263-2000 |
| Attorney | Siegal, Esq., Jack I |
| Bar Code | 669173 |
| Address | Gordon Rees Scully Mansukhani, LLP<br>21 Custom House St 5th Floor<br>Boston, MA 02110 |
| Phone Number | (857)504-2033 |
| Attorney | Valle, Jr., Esq., Joseph R |
| Bar Code | 550291 |
| Address | Reimer & Braunstein LLP<br>One Center Plaza<br>Boston, MA 02108 |
| Phone Number | (617)523-9000 |

More Party Information

**Fustolo, Steven C.** - Defendant

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | Kessimian, Esq., Paul Marco |
| Bar Code | 660306 |
| Address | Partridge Snow & Hahn LLP<br>40 Westminster St<br>Suite 1100<br>Providence, RI 02903 |
| Phone Number | (401)861-8200 |
| Attorney | Moorman, Jr., Esq., William R |
| Bar Code | 548593 |

| | |
|---|---|
| Address | Partridge, Snow & Hahn LLP<br>30 Federal St<br>Boston, MA 02110 |
| Phone Number | (617)292-7900 |

More Party Information

**James J. Fox & Company LLP** - Reach & Apply Defendant

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | McLean, Esq., Keith |
| Bar Code | 656516 |
| Address | 44 School St<br>Suite 710<br>Boston, MA 02108 |
| Phone Number | (617)248-8855 |

More Party Information

**National Tax Institute, Inc.** - Reach & Apply Defendant

Alias

**Party Attorney**

More Party Information

**CPE Meetings, Inc.** - Reach & Apply Defendant

Alias

**Party Attorney**

More Party Information

**Terrace Hall Partners, LLC** - Reach & Apply Defendant

Alias

**Party Attorney**

| | |
|---|---|
| Attorney | McLean, Esq., Keith |
| Bar Code | 656516 |
| Address | 44 School St<br>Suite 710<br>Boston, MA 02108 |
| Phone Number | (617)248-8855 |

More Party Information

**Five High Street, LLC** - Reach & Apply Defendant

Alias

**Party Attorney**

More Party Information

**Huntington Properties, Inc.** - Reach & Apply Defendant

Alias

**Party Attorney**

More Party Information

**Property Trust Corporation** - Reach & Apply Defendant

Alias

**Party Attorney**

More Party Information

**Huntington Properties Holding Company, LLC** - Reach & Apply Defendant

Alias

**Party Attorney**

More Party Information

**23-25 Highland Avenue, LLC** - Reach & Apply Defendant

**Alias**

**Party Attorney**

More Party Information

**Fustolo Development LLC** - Reach & Apply Defendant

**Alias**

**Party Attorney**

More Party Information

**Atlas Garden Supply LLC** - Reach & Apply Defendant

**Alias**

**Party Attorney**

| | |
|---|---|
| Attorney | McLean, Esq., Keith |
| Bar Code | 656516 |
| Address | 44 School St<br>Suite 710<br>Boston, MA 02108 |
| Phone Number | (617)248-8855 |

More Party Information

**Winchester Savings Bank** - Trustee Defendant

**Alias**

**Party Attorney**

More Party Information

## Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 05/27/2011 | | | | |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 02/18/2010 02:00 PM | Civil Conversion | | Hearing on Preliminary Injunction | | Held as Scheduled |
| 03/01/2010 02:00 PM | Civil Conversion | | Hearing on Preliminary Injunction | | Rescheduled |
| 03/04/2010 02:00 PM | Civil Conversion | | Hearing on Preliminary Injunction | | Held as Scheduled |
| 04/25/2011 02:00 PM | Civil Conversion | | Rule 56 Hearing | | Held as Scheduled |
| 05/06/2011 04:00 PM | Civil Conversion | | Status Review | | Held as Scheduled |
| 05/17/2011 08:30 AM | Civil Conversion | | Status Review | | Held as Scheduled |
| 05/26/2011 02:00 PM | Civil Conversion | | Rule 56 Hearing | | Held as Scheduled |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 05/26/2011 02:00 PM | Civil Conversion | | Status Review | | Held as Scheduled |
| 06/28/2011 08:30 AM | Civil Conversion | | Status Review | | Held as Scheduled |
| 10/20/2011 02:00 PM | Civil Conversion | | Status Review | | Rescheduled |
| 10/20/2011 02:00 PM | Civil Conversion | | Litigation Control Conference | | Rescheduled |
| 02/14/2012 02:00 PM | Civil Conversion | | Litigation Control Conference | | Rescheduled |
| 03/06/2012 02:00 PM | Civil Conversion | | Litigation Control Conference | | Rescheduled |
| 03/14/2012 08:30 AM | Civil Conversion | | Status Review | | Rescheduled |
| 04/03/2012 02:00 PM | Civil Conversion | | Litigation Control Conference | | Held as Scheduled |
| 04/11/2012 03:00 PM | Civil Conversion | | Status Review | | Held as Scheduled |
| 04/13/2012 08:30 AM | Civil Conversion | | Status Review | | Held as Scheduled |
| 09/26/2017 10:00 AM | Civil J Rm 420 | Courtroom 420 | Hearing on Contempt | Kirpalani, Hon. Maynard | Rescheduled |
| 10/10/2017 11:30 AM | Civil J Rm 420 | Courtroom 420 | Hearing on Contempt | Kirpalani, Hon. Maynard | Rescheduled |
| 10/19/2017 09:30 AM | Civil J Rm 420 | Courtroom 420 | Hearing on Contempt | Pierce, Hon. Laurence D | Held as Scheduled |
| 12/07/2017 02:00 PM | Civil J Rm 420 | Courtroom 420 | Motion Hearing | Pierce, Hon. Laurence D | Held as Scheduled |
| 03/29/2018 10:00 AM | Civil J Rm 420 | Courtroom 420 | Hearing on Contempt | Lu, Hon. John T | Not Held |
| 05/01/2018 02:30 PM | Civil J Rm 420 | Courtroom 420 | Motion Hearing | Billings, Hon. Thomas P | Held as Scheduled |
| 05/09/2018 02:00 PM | Civil J Rm 420 | | Final Trial Conference | Pierce, Hon. Laurence D | Held as Scheduled |
| 05/16/2018 09:00 AM | Civil J Rm 420 | Courtroom 420 | Non-Jury Trial | Billings, Hon. Thomas P | Held as Scheduled |
| 05/17/2018 09:00 AM | Civil J Rm 420 | Courtroom 420 | Non-Jury Trial | Billings, Hon. Thomas P | Held as Scheduled |
| 05/18/2018 09:00 AM | Civil J Rm 420 | Courtroom 420 | Non-Jury Trial | Billings, Hon. Thomas P | Held as Scheduled |
| 06/27/2018 09:00 AM | Civil J Rm 420 | Courtroom 420 | Non-Jury Trial | Billings, Hon. Thomas P | Not Held |
| 06/28/2018 09:00 AM | Civil J Rm 420 | Courtroom 420 | Non-Jury Trial | Billings, Hon. Thomas P | Rescheduled |
| 06/29/2018 09:00 AM | Civil J Rm 420 | Courtroom 420 | Non-Jury Trial | Billings, Hon. Thomas P | Rescheduled |
| 08/27/2018 09:00 AM | Criminal 5 Rm 640 | Courtroom 640 | Non-Jury Trial | | Canceled |
| 09/12/2018 02:00 PM | Civil J Rm 420 | Courtroom 420 | Conference to Review Status | Kirpalani, Hon. Maynard | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Answer | 10/26/2017 | 11/08/2017 | 13 | |
| Rule 56 Filed By | 10/26/2017 | 12/04/2017 | 39 | |
| Judgment | 10/26/2017 | 10/28/2019 | 732 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 02/10/2010 | Complaint & civil action cover sheet filed | 1 |
| 02/10/2010 | Origin 1, Type A03, Track F. | |
| 02/10/2010 | Plaintiff's MOTION for appointment of special process server DHR Associates. Motion ALLOWED. (Muse, J.). Copy given in hand. | 2 |
| 02/10/2010 | Plaintiff's MOTION for Real Estate Attachment Against the Defendant, Steven C. Fustolo. The within motion is set down for hearing on 2/18/10 at 2:00 pm in Courtroom 510. (Muse, J.). Copy given in hand. | 3 |
| 02/10/2010 | Plaintiff's Ex-Parte MOTION for Trustee Process Attachment Against the Defendant Steven C. Fustolo. Motion ALLOWED in teh amount of $16,000,000.00. (Muse, J.). Copy given in hand | 4 |
| 02/10/2010 | Affidavit in Support of Plaintiff's Ex-Parte Motion for Trustee Process Attachment and Real Estate Attachment Against the Defendant. Steven C. Fustolo | 5 |
| 02/10/2010 | TEMPORARY RESTRAINING ORDER: This matter having come before the Court, after hearing, ex-parte, upon the request of the Plaintiff, The Patriot Group, LLC, for a Temporary Restraining Order, it is hereby ORDERED, ADJUDGED and DECREED, as follows: 1. This Court orders temporarily, restraining and enjoining Steven C. Fustolo, his respective managers, agents, members, partners, nominees, representatives, servants, employees, attorneys, and all people in active concert or participation with them, from directly or indirectly assigning, alienating, selling, transferring, pledging, encumbering, concealing or in any other manner, disposing of, diminishing, dissipating, re-directing or otherwise instructing the re-direction and/ or misapplication of any and all tangible properties received by Steven C. Fustolo, except to pay ordinary operating business expenses for the operation of the Reach and Apply Defendants, specifically limited to real estate taxes, utilities, insurance premiums, or as otherwise directed by this Court and from paying any monies directly or indirectly to Steven C. Fustolo or to any other entity created or controlled by Steven C. Fustolo. 2. This Court Orders temporarily, restraining and enjoining Steven C. Fustolo, his respective managers, agents, members, partners, nominees, representatives, servants, employees, attorneys, and each and every one of them, and all people in active concert or participation with them, from directly or indirectly altering, amending, modifying, hypothecating, assigning, alienating, selling, transferring, pledging, encumbering, concealing or in any manner disposing of, diminishing or dissipating the value of their beneficial, equitable, shareholder and/or ownership interests in the Reach and Apply Defendants: James J. Fox & Company LLP, National Tax Institute, Inc., CPE Meetings, Inc., Terrace Hall Partners, LLC, Five High Street, LLC, Huntington Properties, Inc., Property Trust Corporation, Huntington Properties Holding Company, LLC, 23-25 Highland Avenue, LLC, Fustolo Development LLC, Atlas Garden Supply LLC, or any other of their tangible and intangible assets except to pay ordinary business operation or living expenses and except to pay the Plaintiff, until further ordered by the Court in this litigation. 3. The Reach and Apply Defendants James J. Fox & Company LLP, | 6 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | National Tax Institute, Inc., CPE Meetings, Inc., Terrace Hall Partners, LLC, Five High Street, LLC, Huntington Properties, Inc., Property Trust Corporation, Huntington Properties Holding Company, LLC, 23-25 Highland Avenue, LLC, Fustolo Development LLC, Atlas Garden Supply LLC, and all of their respective managers, agents, members, partners, nominees, representatives, servants, employees, attorneys, and each and every one of them, and all people in active concert or participation with them are restrained and enjoined from directly or indirectly paying money or in any other form of compensation or dividend to or for the benefit of Steven C. Fustolo, or from altering, amending, modifying, hypothecating, assigning, alienating, selling, transferring, encumbering, concealing or in any other manner, disposing of, diminishing or dissipating the value of Steven C. Fustolo's beneficial, equitable, shareholder and/or ownership interests in the Reach and Apply Defendants, except to pay ordinary operating business expenses for the Reach & Apply Defendants and/or to pay same to the Plaintiff, until further order of the Court in this action. (Muse, J.). | |
| 02/10/2010 | TEMPORARY RESTRAINING ORDER issued as to all that is set forth in the attached order (see order #6); $90.00 received; returnable 2/18/2010 at 2:00 pm in Courtroom 510. (Muse, J.). | 7 |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): James J. Fox & Company LLP, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | 8 |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): National Tax Institute, Inc., service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): CPE Meetings, Inc., service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Terrace Hall Partners, LLC, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Five High Street, LLC, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Property Trust Corporation, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Atlas Garden Supply LLC, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): 23-25 Highland Avenue, LLC, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Huntington Properties Holding Company, LLC, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Fustolo Development LLC, service made on 2/12/2010 (in hand), 87 Terrace Hall Avenue, Burlington, MA. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (Summons and TRO): Steven C. Fustolo, service made on 2/12/2010 (last and usual), 110 Church Street, Winchester, MA and by first class mail to same. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED UNSERVED DILIGENT SEARCH ATTEMPT FOR IN HAND SERVICE: (Summons and TRO): Huntington Properties, Inc. UNSERVED, 2/12/10. Filed in Court. | |
| 02/18/2010 | | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | SERVICE RETURNED (Summons and TRO): Huntington Properties, Inc., service made on 2/16/2010 (last and usual), 110 Church Street, Winchester, MA and by first class mail to same. Filed in Court. | |
| 02/18/2010 | SERVICE RETURNED (trustee summons): Winchester Savings Bank, 2/11/10, in hand, 661 Main Street, Winchester, MA. | 9 |
| 02/18/2010 | (Motion) (P#3) ALLOWED (Christopher J. Muse, Justice). Copy given in hand. | |
| 02/18/2010 | (P#6) TRO to remain in full force and effect to 3/1/10 (Christopher J. Muse, Justice). | |
| 02/24/2010 | Motion (P#6) TRO to remain in full force and effect until further hearing on 3/4/10. (Christopher J. Muse, Justice). Notices mailed 2/24/2010 | |
| 02/24/2010 | ANSWER by trustee: Winchester Savings Bank (no funds) | 10 |
| 03/05/2010 | SERVICE RETURNED (writ of attachment): Steven C. Fustolo (Barnstable County) | 12 |
| 03/22/2010 | ANSWER by Reach & Aply defendant James J Fox & Company LLP | 13 |
| 03/22/2010 | ANSWER by Reach & Apply Defendant Atlas Garden Supply LLC | 14 |
| 03/22/2010 | ANSWER Reach & Apply Defendant Terrace Hall Partners LLC | 15 |
| 03/25/2010 | ANSWER: Steven C. Fustolo(Defendant) | 16 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant National Tax Institue, Inc. | 17 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant CPE Meetings, Inc. | 18 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant Property Trust Corporation | 19 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant Huntington Properties, Inc. | 20 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant Huntington Properties Holding Company, LLC | 21 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant 23-25 Highland Avenue, LLC | 22 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant 5 High Street, LLC | 23 |
| 03/25/2010 | ANSWER of REACH and Apply Defendant Fustolo Development, LLC | 24 |
| 05/24/2010 | Case status changed to 'Needs review for answers' at service deadline review | |
| 06/25/2010 | Motion For Clarification Of Or, In The Alternative Modification Of Preliminary Injunction; Plaintiff's opposition to the Motion For Clarification Of Or, In The Alternative Modification Of Preliminary Injunction; Affidavit of Bruce W. Edmands, Esq. | 25 |
| 06/29/2010 | Case status changed to 'Needs discovery' at answer deadline review | |
| 07/15/2010 | Motion (P#25) DENIED, without prejudice for 90 days (October 9, 2010). Plaintiff may engage in limited discovery to establish the nature, source and relative allegation which relate to the Golf Resort Defendant where is the subject of the judgment. Motion may be renewed thereafter. Dated: July 9, 2010 (Muse, Justice) Notices mailed 7/15/2010 | |
| 02/07/2011 | Court received letter from Joseph R. Valle, Jr., requesting leave of Court to file reply brief | 26 |
| 02/11/2011 | Plaintiff The Patriot Group, LLC's MOTION for Summary Judgment, pursuant to Mass.R.Civ.P. 56; Memorandum of Law in support of; Combined Sup. Crt. Rule 9A Plff's Statemetn of Undisputed Facts and Legal Elements in support of plff's motion and response of Defendants thereto and Defts' Statement of Additional Material Facts with plff's responses thereto; Plff's Affidavit in support of its motion; Supplemental Affidavit of Bill Cargill in support of plff's motion; | 27 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Defts' opposition to motion; Affidavit of defendant, Steven C. Fustolo; Affidavit of Charlotte L. Bednar in support of opposition; Reach and Apply Defendant, James J. Fox & Company, LLP's Memorandum in opposition to plff's motion for Summary Judgment; Affidavit of plff's counsel pursuant to Sup. Crt. Rule 9A(b)(2). | |
| 02/11/2011 | Joint Appendix of Exhibits filed | |
| 02/14/2011 | Motion (P#26) ALLOWED not to exceed five pages. Dated: February 7, 2011 (Henry, J.) Notices mailed 2/14/2011 | |
| 04/21/2011 | Court received letter from Bruce W. Edmands informing the Court that he is waiving oral argument on Rule 56 hearing and will not be appearing on 4/25/11 | 28 |
| 04/25/2011 | Atty Charlotte L Bednar's withdrawal of appearance filed re: Steven C. Fustolo | |
| 04/25/2011 | Hearing on (P#27) Rule 56 held, matter taken under advisement. (Mitchell H. Kaplan, Justice) | |
| 05/04/2011 | Plaintiff's supplemental affidavit as to amounts owed for purposes of entry of summary judgment | 29 |
| 05/10/2011 | Plaintiff's further supplemental affidavit as to amounts owed for purposes of entry of summary judgment | 30 |
| 05/11/2011 | Motion (P#27) ALLOWED in part, and DENIED, in part. See Memorandum of Decision and Order. Dated: May 10, 2011 (Mitchell H. Kaplan, Justice). Notices mailed 5/11/2011 | |
| 05/11/2011 | MEMORANDUM OF DECISION AND ORDER ON THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT: Which See (4) pages. ORDER: For the foregoing reason, Patriot's motion for summary judgment as to defendant Fustolo is ALLOWED. The court finds that there is no just reason to delay the entry of final judgment against Fustolo establishing his debt to Patriot. Therefore, the court orders that Final Judgment enter against Fustolo in the amount of $20,423,216.44 with interest to accrue on the principal sum of $13,600,000 at the contract rate of 19% from April 25, 2011; provided further, that any sums that are collected by the plaintiff on its judgment against Affinity Investments, LLC shall be credited to Fustolo as if paid by him, and if this judgment against Fustolo is satisfied in full, the plaintiff shall assign its judgment against Affinity (and any execution issued thereon) to Fustolo. Patriot's motion is hereby DENIED with respect to all other defendants. The court has previously ordered the parties to appear to appear for a conference to determine the schedule for the resolution of the claims asserted against the reach and apply defendants. Dated: May 10, 2011 (Mitchell H. Kaplan, Justice). Copies mailed | 31 |
| 05/27/2011 | FINAL JUDGMENT AS TO STEVEN C. FUSTOLO ONLY: It is hereby Ordered, Adjudged and Decreed as follows: 1. That judgment is hereby entered in favor of the Plaintiff, The Patriot Group, LLC ("Patriot"), and against the Defendant, Steven C. Fustolo ("Fustolo") , in the amount of $20,423,216.44, plus interest on the principal sum of $13,600,000.00 at the contract rate of nineteen percent (19%) from April 25, 2011, pursuant to Count I of the Verified Complaint; 2. In the event Patriot collects any sums on its judgment against Affinity Investments, LLC ("Affinity"), said sums shall be credited to Fustolo as if paid by him, and if this judgment against Fustolo is satisfied in full, Patriot shall assign its judgment against Affinity (and any execution issued thereon: to Fustolo; 3. That there is no just reason for delay in the entry of separate and final judgment against Fustolo as set forth herein; and 4. The Trustee Process Defendant, Winchester Savings Bank, is hereby discharged, Entered as a separate and final judgment and order of this Court this 26th day of May. (Mitchell H. Kaplan, Justice). Copies mailed 5/27/2011 | 32 |
| 05/27/2011 | PROCEDURAL ORDER This matter came before the court for entry of a Final Judgment against defendant Fustolo consistent with the court's | 33 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | memorandum of decision and order granting summary judgment against Mr. Fustolo and consideration of a schedule for the resolution of the claims asserted against the other defendant, who will be referred to as the Reach and Apply Defendants. Final Judgment against Mr. Fustolo entered today and, after conferring with counsel for all remaining parties, the court Ordered that all discovery with respect to claims asserted against the Reach and Apply Defendants shall be completed by October 14, 2011. For clarity , that is the date by which all answers to written discovery shall have been served, all documents requested shall have been produced and any noticed depositions completed. The parties shall appear for a status conference on October 20, 2011. At that time, counsel for the parties shall be prepare to discuss the proceedings, if any are required to resolve all claims against the Reach and Apply Defendants. For example, if any party contends that there are any facts in dispute, that party shall be prepared to identify them and make a proposal with respect to the nature of the hearing that it believes is required to resolve that dispute. If a party contends that a master should be appointed to liquidate assets, that party shall be prepared to identify the assets to be liquidated, recommendations for a master to conduct the liquidation, and plan for payment of the master Counsel for the parties are directed to meet in advance of the status conference and confer with respect to the business that must be resolved and an expeditious plan for their resolution. They shall appear with a brief joint memorandum that identifies any matters to be resolved and any agreed approach for their resolution or alternative proposals, if agreement has not been reached, Dated May 26th, 2011 (Mitchell H. Kaplan, Justice) notices mailed 5/27/11 | |
| 07/20/2011 | NOTICE OF LITIGATION CONTROL CONFERENCE | |
| 08/08/2011 | ORDER for counsel to furnish e-mail address (Dennis J. Curran, Justice) | |
| 08/30/2011 | SUPPLEMENTAL ORDER FOR E-MAIL ADDRESS (Dennis J. Curran, Justice) | |
| 10/07/2011 | Joint motion to continue litigation control conference and discovery deadline | 34 |
| 10/11/2011 | Joint Motion To Continue Litigation Control Conference Date And Discovery Deadline, by three monthss | 35 |
| 10/12/2011 | Motion (P#34) ALLOWED. Discovery closes on Friday, January 20, 2011. Please Note: Review/Conference and LCC scheduled for 10/20/11 have been cancelled. Litigation Control Conference is now scheduled for Tuesday, February 14, 2012. Please refer to previous notice for requirements of LLC. (Dennis J. Curran, Justice) Notices mailed 10/12/2011 | |
| 10/17/2011 | Motion (P#35) ALLOWED. Litigation control conference rescheduled to February 14, 2012. (Dennis J. Curran, Justice) Notices mailed 10/17/2011 | |
| 12/19/2011 | Joint MOTION to continue Discovery deadling currently set for January 20, 2012, to February 24, 2012. | 36 |
| 12/21/2011 | Motion (P#36) ALLOWED. Litigation Control conference rescheduled to March 6, 2012 at 2 pm. (Dennis J. Curran, Justice) Notices mailed 12/21/2011 | |
| 03/06/2012 | Joint motion to continue litigation control conference to April 3, 2012. | 37 |
| 03/06/2012 | Motion (P#37) ALLOWED (Dennis J. Curran, Justice) Notices mailed 3/6/2012 | |
| 04/03/2012 | Plaintiff The Patriot Group, LLC's MOTION for entry of reach and apply judgment and permanent injunctive relief under G.L.c.214, section 3(6) and for entry of final judgment as to all defendants | 38 |
| 04/03/2012 | | 39 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Response of Reach and Apply Defendants National Tax Institute, Inc., CPE Meetings, Inc., Terrace Hall Partners, LLC, Five High Street, LLC, Huntington Properties, Inc., Property Trust Corporation, Huntington Properties Holding Company, LLC, 23-25 Highland Avenue, LLC, Fustolo Development LLC, to plaintiff's MOTION for entry of reach and apply judgment | |
| 04/03/2012 | Plaintiff's reply to responses of reach and apply defendants to motion for entry of reach and apply judgment | 40 |
| 04/03/2012 | Motion (P#40) Superior Court Rule 9A (a) (3) provides that "a reply memorandum may be filed only with leave of Court." To obtain such leave, the rule requires that a party "shall send a letter to the session judge setting forth the grounds to support the request and shall serve the letter on all other parties. If leave is granted, the party shall serve notice of the grant of leave with its reply memorandum..." Plaintiff's counsel has chosen not to comply with this rule. Disregard for the rules of this Court will not be countenanced. No prior approval having been obtained, the plaintiff's reply memorandum is hereby stricken. (Dennis J. Curran, Justice). Notices mailed 4/4/2012 | |
| 04/03/2012 | Defendant James J. Fox & Company LLP's, Terrace Hall Partners, LLC and Atlas Garden Supply, LLC's opposition to plaintiff's motion for entry of reach and apply judgment and permanent injunctive relief | 40.1 |
| 04/03/2012 | Rule 9A certificate fo notice of filing and list of documents filed | 40.2 |
| 04/04/2012 | JUDGE CURRANS STATUS ORDER This matter is scheduled for status report by Friday, April 13, 2012. You are not required to report in person, but are required to report by telephone to Assistant Clerk Martha Fulham Brennan at (781) 939-2769 as to the status of settlement. Dated at Woburn, Massachusetts this 4th day of April, 2012. (Curran, J) notice sent 4/4/12 (Dennis J. Curran, Justice) | 41 |
| 04/19/2012 | FINAL JUDGMENT and PERMANENT INJUNCTION : 1. That final Judgment shall enter against Reach and Apply Defendants, James J. Fox & Company, LLP, National Tas Institute, Inc., CPE Meetings, Inc., Terrace Hall Partners, LLC, five High Stree, LLC, Junting Properties, Inc., Property Trust Corporation, Huntington Properties Holding Company, L.L.C., 23-25 Highland Avenue, LLC, Fustolo Development, LLC, and Atlas Garden Supply LLC (the"Reach and Apply Defendants") on Counts II through VI of the verified Complaint and Prayers for Injunctive Relief. 2. That Steven C. Fustolo and his respective managers, agents, members, partners nominees, representatives, servants, employees, attorneys, and all people in active concert or participation with them are permanently restrained and enjoined from directly or indirectly assigning, alienating, selling, transferring, pledging, encumbering, concealing or in any other manner disposing of, diminishing, dissipating, re-directing or otherwise instructing the re-direction and/or misapplication of any and all intangible properties received by Steven C. Fustolo from the Reach and Apply Defendants, except to pay ordinary living expenses for mortgage, food and the like, not to exceed $84,000 per year or a cumulative average of $7,000 per month, to be documented to the Plaintiff on an annual basis, and to pay ordinary operating expenses for the operation of the Reach and Apply Defendants, including but not limited to real estate taxes, utilities, insurance premiums, payroll (excluding Steven C. Fustolo), payroll taxes, occupancy costs, and supplies, or as otherwise directed by this Court and from paying any monies directly or indirectly to any other person or entity created or controlled by Steven C. Fustolo; 3. That Steven C. Fustolo and his respective managers, agents, members, partners, nominees, representatives, servants, employees, attorneys, and each and every one of them, and all people in active concert or participation with them, are permanently restrained and enjoined from directly or indirectly altering, amending, modifying, hypothecating, assigning, alienating, selling transferring, pledging, encumbering, concealing or in any other manner disposing of, diminishing or dissipating the | 42 |

| Docket Date | Docket Text | File Ref Nbr. |
| --- | --- | --- |
| | value of Steven Fustolo's beneficial, equitable, shareholder and/or ownership interest in the Reach and Apply Defendants: James J. Fox & Company LLP, National Tax Institute, Inc., CPE Meeting, Inc., Terrace Hall Partners, LLC, Five High Street, LLC, Huntington Properties, Inc., Property Trust Corporation, Huntington Properties Holding Company, L.L.C., 23-25 Highland Avenue, LLC, Fustolo Development, LLC, and Atlas Garden Supply LLC, or any other of their tangible and intangible assets except to pay ordinary business operation or living expenses, as described above in paragraph 2, or to pay the Plaintiff; and 4. That the Reach and Apply Defendants, James J. Fox & Company LLP, National Tax Institute, Inc., CPE Meetings, Inc., Terrace Hall Partners, LLC Five High Street, LLC, Huntington Properties, Inc., Property Trust Corporation, Huntington Properties Holding Company, L.L.C., 23-25 Highland Avenue, LLC, Fustolo Development, LLC, and Atlas Garden Supply LLC, and all of their respective managers, directors, officers, agents, partners, members, subsidiaries, nominees, representatives, servants, employees and attorneys, and each and every one of them, and all people in active concert or participation with them, are permanently restrained and enjoined from directly or indirectly paying money or any other form of compensation or dividend to or for the benefit of Steven C. Fustolo, or from altering, amending, modifying, hypothecating, assigning, alienating, selling, transferring, encumbering, concealing or in any other manner, disposing or, diminishing or dissipating the value of Steven C. Fustolo's beneficial, equitable, shareholder and/or ownership interests in the Reach and Apply Defendants. However, the above Reach and Apply Defendants may advance funds to Fustolo in an amount not to exceed $84, 000 per year or a cumulative average of $7,000 per month to cover his personal living expenses as described above in paragraph 2, or to pay the Plaintiff. Entered as and Order of this Court this 18th of April, 2012. (Dennis J. Curran, Justice). Copies mailed 4/19/2012 | |
| 10/01/2012 | Execution issued for plaintiff(s) v Steven C. Fustolo in amount of $42,754,633.60, including interest and costs, issued to plaintiff(s) Attorney Joseph R Valle Jr | |
| 10/01/2012 | Certificate of judgment issued and mailed to Attorney Joseph R. Valle Jr. | |
| 01/31/2017 | Attorney appearance<br>On this date Jack Irving Siegal, Esq. added for Plaintiff The Patriot Group, LLC | |
| 01/31/2017 | Plaintiff(s) The Patriot Group, LLC's Motion for corrected execution to be issued and interest to be updated<br><br>Attorney: Siegal, Esq., Jack Irving<br><br>Applies To: Siegal, Esq., Jack Irving (Attorney) on behalf of The Patriot Group, LLC (Plaintiff) | 43 |
| 02/02/2017 | Endorsement on Motion for corrected execution. (#43.0): ALLOWED<br>Referred to Clerk's office for review, re-calculation and issuance of a corrected execution. Dated 2/2/17 | |
| 02/03/2017 | Execution returned:<br><br>unendorsed<br>as per pleading #43. A new one is to be issued<br><br>Applies To: Siegal, Esq., Jack Irving (Attorney) on behalf of The Patriot Group, LLC (Plaintiff) | 44 |
| 02/03/2017 | Execution issued on the judgment dated 05/27/2011, (#32.0) against the following party(s): Steven C. Fustolo in favor of The Patriot Group, LLC. In the amount of $42,997,414.09.<br><br>Applies To: Siegal, Esq., Jack Irving (Attorney) on behalf of The Patriot Group, LLC (Plaintiff) | |
| 09/15/2017 | The Patriot Group, LLC's MOTION for appointment of Special Process Server.<br>Patriot Constable Services, LLC. Filed in Court and ALLOWED. (Kirpalani, J.). Copy given in hand. | 45 |
| 09/15/2017 | Complaint for contempt filed by Plaintiff, The Patriot Group, LLC | 46 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 09/15/2017 | The following form was generated:<br><br>Summons on Contempt<br>Sent On: 09/15/2017 | 47 |
| 09/22/2017 | Event Result:<br>The following event: Hearing on Contempt scheduled for 09/26/2017 10:00 AM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Request of Plaintiff | |
| 09/22/2017 | The Patriot Group, LLC's MOTION for appointment of Special Process Server. | 48 |
| 09/22/2017 | Endorsement on Application<br><br>for Special Process Server. ALLOWED | |
| 09/25/2017 | Attorney appearance<br>On this date Michael P Burke, Esq. added for Plaintiff The Patriot Group, LLC | |
| 09/25/2017 | Plaintiff The Patriot Group, LLC's EMERGENCY Motion to<br>reschedule hearing on plaintiff's complaint for civil contempt and assistance in serving complaint for civil contempt and summonses.<br><br>ENDORSEMENT: Allowed in part. The hearing on the contempt is rescheduled to Tuesday, October 10, 2017 @ 11:30 am in the courtroom 420. If plaintiff remains unsuccessful in serving defendant, the court will consider the second part of this motion and hear the plaintiff on the issue of service of the complaint for contempt.<br>Dated 9/22/17 | 49 |
| 09/25/2017 | Affidavit of counsel<br><br>Applies To: Burke, Esq., Michael P (Attorney) on behalf of The Patriot Group, LLC (Plaintiff) | 49.1 |
| 10/06/2017 | Event Result:<br>Judge: Kirpalani, Hon. Maynard<br>The following event: Hearing on Contempt scheduled for 10/10/2017 11:30 AM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Joint request of parties | |
| 10/06/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/06/2017 15:15:55 | |
| 10/06/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/06/2017 15:16:12 | |
| 10/10/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/10/2017 09:52:55 | |
| 10/12/2017 | Summons on Contempt, returned SERVED<br>service accepted by counsel on 10/10/17<br><br>Applies To: Fustolo, Steven C. (Defendant) | 50 |
| 10/19/2017 | Attorney appearance<br>On this date William R Moorman, Jr., Esq. added for Defendant Steven C. Fustolo | |
| 10/19/2017 | Event Result:<br>Judge: Pierce, Hon. Laurence D<br>The following event: Hearing on Contempt scheduled for 10/19/2017 09:30 AM has been resulted as follows:<br>Result: Held as Scheduled | |
| 10/24/2017 | | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Attorney appearance<br>On this date Bruce Winthrop Edmands, Esq. dismissed/withdrawn as Private Counsel for Defendant Steven C. Fustolo | |
| 10/25/2017 | Case assigned to:<br>DCM Track F - Fast Track was added on 10/25/2017 | |
| 10/25/2017 | Case assigned to:<br>DCM Track F - Fast Track was added on 10/25/2017 | |
| 10/25/2017 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 10/25/2017 10:56:55 | |
| 11/08/2017 | Received from<br>Defendant Fustolo, Steven C.: Answer to complaint for contempt | 51 |
| 12/04/2017 | Defendant Steven C. Fustolo's Motion for<br>an order permitting discovery | 52 |
| 12/04/2017 | Affidavit filed by Defendant Steven C. Fustolo in support of<br>discovery requests | 52.1 |
| 12/04/2017 | Opposition to defendants Fustolo's Motion for Discovery filed by The Patriot Group, LLC | 52.2 |
| 12/04/2017 | Plaintiff The Patriot Group, LLC's Motion for<br>Order Permitting Discovery | 53 |
| 12/04/2017 | Opposition to Plaintiff The Patriot Group, LLC's Motion for<br>Order Permitting Discovery filed by<br><br>Applies To: Fustolo, Steven C. (Defendant) | 53.1 |
| 12/07/2017 | Event Result:<br>Judge: Pierce, Hon. Laurence D<br>The following event: Motion Hearing scheduled for 12/07/2017 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 12/07/2017 | The following form was generated:<br><br>Notice to Appear for Trial<br>Sent On: 12/07/2017 16:04:03 | |
| 12/11/2017 | Endorsement on Motion for order permitting discovery (#52.0): Other action taken<br>Plaintiffs shall produce documents, identify trial transcripts and list witness by January 12, 2018 in response to defendant Fustolo's outstanding discovery.<br>Dated 12/7/17<br><br>Judge: Pierce, Hon. Laurence D | |
| 12/11/2017 | Endorsement on Motion for order permitting discovery introduction (#53.0): DENIED<br>After hearing, denied without prejudice to sending more narrowly tailored request by January 12, 2018. Response (actual production of documents, written responses and confidentiality log) due by March 9, 2018.<br>Dated 12/7/17<br><br>Judge: Pierce, Hon. Laurence D | |
| 03/22/2018 | Plaintiff The Patriot Group, LLC's EX PARTE Motion to<br>Compel Compliance with Discovery Requests [Pursuant to Mass. R. Civ. P. 65.3(g)]<br><br>Judge: Lu, Hon. John T | 54 |
| 03/22/2018 | Endorsement on motion to (#54.0): Compel Compliance with Discovery Requests [Pursuant to Mass. R. Civ. P. 65.3(g)] Other action taken<br>Short Order Notice of Hearing is ALLOWED on the motion herein pursuant to Mass. R. Civ. P. 65.3(g). The hearing is scheduled for Thursday, March 29, 2018 at 10:00 a.m. in Courtroom 420. Defendant shall provide the court with a courtesy copy of his response to this motion NO LATER than 3:00 p.m. on March 28, 2018; the original to be filed at the time defendant is scheduled to appear for hearing on March 29th. The courtesy copy shall be delivered to the assistant clerk of the J session in-hand or by any other means she determines to be appropriate. Plaintiff shall deliver to the court a Certificate of Compliance | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | with Sup. Ct. R. 9C and deliver a copy of this motion package to defendant by 12:00 p.m. tomorrow (March 23).<br><br>Judge: Lu, Hon. John T | |
| 03/22/2018 | Plaintiff The Patriot Group, LLC's Motion to<br>Compel Compliance with Discovery Request, Mass. R. Civ.P.65.3(g) (Filed in Court) | 55 |
| 03/22/2018 | Opposition to Plaintiff's Compel Compliance with Discovery Request, Mass. R. Civ.P.65.3(g) (Filed in Court) filed by<br><br>Applies To: Fustolo, Steven C. (Defendant) | 55.1 |
| 03/23/2018 | Attorney appearance<br>On this date Marion Bartlett Johnston, Esq. added for Plaintiff The Patriot Group, LLC | |
| 03/29/2018 | Endorsement on Motion to Compel Compliance with Discovery Request, Mass. R. Civ.P.65.3(g) (Filed in Court) (#55.0): DENIED<br>This Motion is denied, based on the transcript excerpt on page 2 of the opposition. Dated March 28, 2018 and notices mailed 3/29/18<br><br>Judge: Lu, Hon. John T | |
| 03/29/2018 | Event Result:<br>Judge: Lu, Hon. John T<br>The following event: Hearing on Contempt scheduled for 03/29/2018 10:00 AM has been resulted as follows:<br>Result: Not Held<br>Reason: By Court prior to date | |
| 03/30/2018 | Plaintiff The Patriot Group, LLC's EMERGENCY Motion for<br>Reconsideration or Clarification of the Court's March 29, 2018 Order Regarding Patriot's Motion to compel Compliance with Discovery Requests | 56 |
| 03/30/2018 | Opposition to to the Patriot Group LLC's Motion for Reconsideration or Clarification of the Court's March 29, 2018 Order Regarding Patriot's Motion to Compel Compliance with Discovery Requests filed by Steven C. Fustolo | 57 |
| 03/30/2018 | Endorsement on motion for (#56.0): Reconsideration or Clarification of the Court's March 29, 2018 Order Regarding Patriot's Motion to Compel Compliance with Discovery Requests Other action taken<br>This motion is ALLOWED because the moving party is correct that I mistakenly reversed Judge Pierce's order. However, the related papers in this case do not provide enough information to the court to fully determine whether the discovery requests are justified. The court orders compliance as detailed in paper #55, p. 10. (a) and (b) by 5 PM ON APRIL 24, 2018. (c) is DENIED without prejudice. Counsel are warned that NO PARTY SHOULD EXPECT A CONTINUANCE. ALLOWED in part and DENIED in part.<br><br>Judge: Lu, Hon. John T | |
| 04/24/2018 | Defendant Steven C. Fustolo's EMERGENCY Motion to<br>Stay discovery and for Trial continuance pending resolution of related Criminal Proceeding and Bankruptcy Appeal | 58 |
| 04/24/2018 | Steven C. Fustolo's Memorandum<br>of Law in support of Motion to Stay discovery and for Trial continuance pending resolution of related Criminal Proceeding and Bankruptcy Appeal | 58.1 |
| 04/25/2018 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 04/25/2018 13:07:15 | |
| 04/27/2018 | Opposition to to Defendant's Emergency Motion for Stay of discovery and for Trial Continuance filed by The Patriot Group, LLC | 59 |
| 05/01/2018 | Event Result:<br>Judge: Billings, Hon. Thomas P<br>The following event: Motion Hearing scheduled for 05/01/2018 02:30 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 05/02/2018 | Defendant Steven C. Fustolo's Response to<br>March 30, 2018 Court Order: FIFTH AMENDMENT INDEX UNDER SEAL FOR THE COURT'S IN CAMERA REVIEW | 60 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | (SEALED)<br><br>Judge: Billings, Hon. Thomas P | |
| 05/02/2018 | Defendant Steven C. Fustolo's Submission of<br>BINDER OF DOCUMENTS ACCOMPANYING FIFTH AMENDMENT INDEX UNDER SEAL FOR THE COURT'S IN CAMERA REVIEW (SEALED)<br><br>Judge: Billings, Hon. Thomas P | 61 |
| 05/02/2018 | Endorsement on Application<br><br>The title of this document (Fifth Amendment Index Under Seal for the Court's In Camera Review) and the Binder of Documents are to be docketed. Both items are hereby sealed.<br><br>Judge: Billings, Hon. Thomas P | |
| 05/02/2018 | Endorsement on Motion to Stay (#58.0): ALLOWED<br>After hearing, some of which was in camera, This motion is ALLOWED in that the defendant may make bona fide objections based on his fifth amendment privilege where applicable. This request to postpone the contempt hearing is DENIED. With the understanding that a bone fide fifth amendment privilege will be respected, subject to the possibility of an adverse inference where warranted. Dated: May 1, 2018<br><br>Judge: Billings, Hon. Thomas P | |
| 05/09/2018 | Event Result:<br>Judge: Billings, Hon. Thomas P<br>The following event: Final Trial Conference scheduled for 05/09/2018 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 05/09/2018 | Plaintiff The Patriot Group, LLC's Motion in<br>Limine regarding Collateral Estoppel and Expert Testimony | 62 |
| 05/09/2018 | Attorney appearance<br>On this date Paul Marco Kessimian, Esq. added for Defendant Steven C. Fustolo | |
| 05/10/2018 | Plaintiff The Patriot Group, LLC's Motion in<br>Limine regarding exclusion of unpleaded Affirmative Defenses | 63 |
| 05/16/2018 | Event Result:<br>Judge: Billings, Hon. Thomas P<br>The following event: Non-Jury Trial scheduled for 05/16/2018 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | |
| 05/17/2018 | Event Result:<br>Judge: Billings, Hon. Thomas P<br>The following event: Non-Jury Trial scheduled for 05/17/2018 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | |
| 05/18/2018 | Event Result:: Non-Jury Trial scheduled on:<br>05/18/2018 09:00 AM<br>Has been: Held as Scheduled<br>Hon. Thomas P Billings, Presiding<br>Appeared:<br>Staff:<br>Beatriz E Van Meek, Assistant Clerk Magistrate | |
| 05/22/2018 | Attorney Jack I. Siegal's Certificate of unavailability. Filed in Court | 64 |
| 06/07/2018 | General correspondence regarding Supplemental Authority in support of Defendant's opposition to Plaintiff's Motion in Limine regarding exclusion of Unpleaded Affirmative Defenses. Filed in court on 5/18/18 | 65 |
| 06/20/2018 | Opposition to defendant's emergency motion to continue trial filed by The Patriot Group, LLC | 66 |
| 06/20/2018 | Affidavit filed by Defendant Steven C. Fustolo in support of<br>Defendant's Emergency Motion to Continue Trial | 67.1 |
| 06/20/2018 | Affidavit of Paul M. Kessimian in support of Defendant's Emergency Motion to Continue Trial | 67.2 |
| 06/20/2018 | Affidavit of William R. Moorman, Jr. in support of Defendant's Emergency Motion to Continue Trial | 67.3 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 06/20/2018 | Defendant Steven C. Fustolo's EMERGENCY Motion to continue / reschedule an event 06/27/2018 09:00 AM Non-Jury Trial | 67 |
| 06/21/2018 | Endorsement on Motion to continue / reschedule an event trial date (#67.0): ALLOWED<br>After consideration, Allowed.<br>The trial will resume August 27-31, 9:00 AM to 4:00 Pm in Room 640.<br><br>Judge: Billings, Hon. Thomas P | |
| 06/21/2018 | Event Result:: Non-Jury Trial scheduled on:<br>06/27/2018 09:00 AM<br>Has been: Not Held For the following reason: By Court prior to date<br>Hon. Thomas P Billings, Presiding<br>Appeared:<br>Staff:<br>Beatriz E Van Meek, Assistant Clerk Magistrate | |
| 06/21/2018 | Event Result:: Non-Jury Trial scheduled on:<br>06/28/2018 09:00 AM<br>Has been: Rescheduled For the following reason: By Court prior to date<br>Hon. Thomas P Billings, Presiding<br>Appeared:<br>Staff:<br>Beatriz E Van Meek, Assistant Clerk Magistrate | |
| 06/21/2018 | Event Result:: Non-Jury Trial scheduled on:<br>06/29/2018 09:00 AM<br>Has been: Rescheduled For the following reason: By Court prior to date<br>Hon. Thomas P Billings, Presiding<br>Appeared:<br>Staff:<br>Beatriz E Van Meek, Assistant Clerk Magistrate | |
| 06/21/2018 | Defendant Steven C. Fustolo's Reply to<br>Opposition | 68 |
| 07/18/2018 | Plaintiff The Patriot Group, LLC's Assented to Notice of<br>decision and request to stay the action pending resolution of bankruptcy matters. | 69 |
| 07/20/2018 | Endorsement on Notice of Decision and Request to Stay the Action Pending Resolution of Bankruptcy Matters (#69.0): ALLOWED<br><br>Judge: Kirpalani, Hon. Maynard | |
| 08/14/2018 | Event Result:: Non-Jury Trial scheduled on:<br>08/27/2018 09:00 AM<br>Has been: Canceled For the following reason: By Court prior to date<br>Comments: Parties filed with Court a joint request to stay case pending resolution of bankruptcy matters.<br>Hon. Maynard Kirpalani, Presiding<br>Appeared:<br>Staff:<br>Christina Lucci, Assistant Clerk | |
| 08/14/2018 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 08/14/2018 12:21:17 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Dismissed | 04/19/2012 | |